IN THE SUPERIOR COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| SANDRA TAYLOR, et al.  :  <br> : <br> Plaintiffs,  : <br> : <br> vs.  : <br> : Civil Action No. 05ca002031 <br> OMNI HOTELS, et al.  : Calendar 10 <br> : Judge Patricia A. Broderick <br> Defendants.  : Next Court Event: <br> :    Initial Conference on June 17, 2005 <br> : <br> : | |

## NOTICE OF FILING OF NOTICE OF REMOVAL

Defendants Omni Hotels Management Corp. and Omni Hotels Corp. (collectively hereinafter "Omni Hotels") hereby give notice that on June 10, 2005, a Notice of Removal of this action was filed in the United States District Court for the District of Columbia. A true and correct copy of the Notice of Removal is attached hereto and incorporated herein by reference as Exhibit A.

Dated: June 10, 2005

Respectfully submitted,

_Amy L. Bess_
Amy L. Bess, D.C. Bar No. 418985
Sonnenschein Nath & Rosenthal LLP
1301 K St., NW, Suite 600, East Tower
Washington, DC 20005

Counsel for Omni Hotels Management Corp. and Omni Hotels Corp.

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2005, I caused a copy of the foregoing Notice of Filing of Notice of Removal to be hand-delivered to the chambers of the Honorable Patricia A. Broderick, and served by facsimile and U.S. Mail, first class postage prepaid, on:

>Leizer Z. Goldsmith
>1900 L Street, NW Suite 614
>Washington, D.C. 20036

_____
Amy L. Bess