SUPERIOR COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
Civil Clerk's Office

MAY 1 1 2005

Superior Court of the
District of Columbia

Sandra Taylor, et al.  )
)
v.  )
)
Omni Hotels,  )
et al.  )
)

Civil Action No. 05ca002031
Calendar No. 10
Judge Patricia A. Broderick
Next Event: Initial Conference
6/17/05  9:30 AM

## MOTION FOR LEAVE TO AMEND COMPLAINT

On March 18, 2005, Paul Bolous and Sandra Taylor ("Plaintiffs") filed a complaint against "Omni Shoreham Hotel" and "Omni Hotels." Without having served the Complaint on any named Defendant, Plaintiffs ascertained that they should have named "Omni Hotels Management Corporation" and "Omni Hotels Corporation" as the proper defendants to their complaint, rather than the parties originally identified. In this instant motion, Plaintiffs respectfully request that they be allowed to amend their complaint to include Omni Hotels Management Corporation and Omni Hotels Corporation as Defendant, and that they be given an opportunity to serve the Amended Complaint before any Rule 4(m) dismissal occurs.

Respectfully submitted,

THE GOLDSMITH LAW FIRM, LLC

_____
Leizer Z. Goldsmith (D.C. Bar #519544)
1900 L Street, NW , Suite 614
Washington, DC  20036
(202) 775-0040
(202) 318-0798 (fax)

SUPERIOR COURT
FOR THE DISTRICT OF COLUMBIA

Sandra Taylor, et al.

v.

Omni Hotels, et al.

)
)
)
)
)
)
)
)
)
)

Civil Action No. 05ca002031
Calendar No. 10
Judge Patricia A. Broderick
Next Event: Initial Conference
6/17/05  9:30 AM

## MEMORANDUM OF POINTS AND AUTHORITIES
## IN SUPPORT OF PLANTIFF'S MOTION FOR LEAVE TO AMEND

On March 18, 2005, Paul Bolous and Sandra Taylor ("Plaintiffs") filed a complaint against "Omni Shoreham Hotel" and "Omni Hotels." Prior to serving the complaint on Defendants, Plaintiffs ascertained that they mis-named the proper defendants, and should have named "Omni Hotels Management Corporation" and "Omni Hotels Corporation" as the proper defendants to their complaint. Accordingly, the attached First Amended Complaint was prepared. In this instant motion, Plaintiffs seek an Order permitting them to amend their Complaint to include Omni Hotels Management Corporation and Omni Hotels Corporation.

Rule 15(a) provides that a party may amend its initial pleadings once, as a matter of right, anytime before a responsive pleading is served. However, it appears that a motion may be required by Superior Court Civil Rules 15 and 21 because the names of the Defendants are being altered in the amendment. No responsive pleading has been filed in this case; indeed, Defendants have not yet been served. Accordingly, Plaintiffs' hereby respectfully move that the attached First Amended Complaint be accepted as filed and docketed.

Plaintiffs recognized the misnomer identified herein well before the time elapsed for service upon Defendants, and are promptly filing this Motion. Were Plaintiffs not required to file a Motion[1] in order to file an otherwise "as of right" amended complaint, they would simply serve Defendants today and such service would be timely. However, because Plaintiffs are filing this Motion, any delay by the Court in ruling upon it might expose Plaintiffs to the risk of an administrative dismissal under Sup. Ct. Rule 4(m). Plaintiffs respectfully request that no administrative dismissal take place pursuant to Rule 4(m) until at least 30 days after plaintiffs are notified by the Court that the First Amended Complaint has been docketed and new summonses issued, thereby giving Plaintiffs an opportunity to serve the First Amended Complaint and file proof of service.

In the meantime, Plaintiffs are today serving Plaintiffs' original Complaint, this Motion and the First Amended Complaint upon Defendants through their duly authorized service agent, by hand delivery, and their in-house counsel, by facsimile and first class mail. Upon receipt of the summonses for the properly-named defendants, Plaintiffs will immediately effect proper service of those as well.

---

[1] Plaintiffs were informed by the Civil Clerk's office that new summonses would not be issued absent a successful Motion.

Respectfully submitted,

THE GOLDSMITH LAW FIRM, LLC

_____
Leizer Z. Goldsmith (D.C. Bar #519544)
1900 L Street, NW, Suite 614
Washington, DC 20036
(202) 775-0040
(202) 318-0798 (fax)

SUPERIOR COURT
FOR THE DISTRICT OF COLUMBIA

Sandra Taylor, et al.    )
                         )    Civil Action No. 05ca002031
          v.             )    Calendar No. 10
                         )    Judge Patricia A. Broderick
Omni Hotels,             )    Next Event: Initial Conference
    et al.               )    6/17/05  9:30 AM
                         )

ORDER

Having reviewed Plaintiffs' Motion for Leave to Amend their Complaint, and their Memorandum of Points and Authorities, it is hereby, ORDERED that the Motion is GRANTED. Plaintiffs' First Amended Complaint shall be docketed, and Plaintiffs shall have thirty days to serve Defendants from the date of Plaintiffs' receipt of this Order, before any Rule 4(m) dismissal shall occur.

                              _____
                              Judge Patricia A. Broderick