SUPERIOR COURT
FOR THE DISTRICT OF COLUMBIA

Sandra Taylor, et al.                )
                                     )   Civil Action No. 05ca002031
              v.                     )   Calendar No. 10
                                     )   Judge Patricia A. Broderick
Omni Hotels,                         )   Next Event: Initial Conference
         et al.                      )   6/17/05  9:30 AM
                                     )

ORDER *Granting Leave to Amend Complaint*

Having reviewed Plaintiffs' Motion for Leave to Amend their Complaint, and their Memorandum of Points and Authorities, it is hereby, ORDERED that the Motion is GRANTED. Plaintiffs' First Amended Complaint shall be docketed, and Plaintiffs shall have thirty days to serve Defendants from the date of Plaintiffs' receipt of this Order, before any Rule 4(m) dismissal shall occur.

Judge Patricia A. Broderick
*Signed in Chambers*
5-17-05

MAILED   MAY 2 5 2005
DOCKETED MAY 2 5 2005