**FILED**
JUN 1 0 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**SANDRA TAYLOR,**
11236 Cherry Hill Rd., Apt. T-1
Beltsville, Maryland 20705

and

**TAWFIK BOULOS**
501 W. Lake St.
McCall, ID 83638

   **Plaintiffs,**

vs.

**OMNI HOTELS MANAGEMENT CORPORATION,**
420 Decker Dr.
Irving, Texas 75062

and

**OMNI HOTELS CORPORATION**
420 Decker Dr.
Irving, Texas 75062

   **Defendants.**

CASE NUMBER   1:05CV01175

JUDGE: Henry H. Kennedy

DECK TYPE: Employment Discrimination

DATE STAMP: 06/10/2005

## LOCAL RULE 26.1 CERTIFICATE

  I, the undersigned counsel of record for Defendants Omni Hotels Management Corp. and Omni Hotels Corp. (collectively hereinafter "Omni Hotels") certify that to the best of my knowledge and belief:

  (1) The parent corporation of Omni Hotels Management Corporation is Omni Hotels Corporation which is owned by TRT Development Corporation, which is owned by TRT Holdings, Inc., which is owned and controlled by Robert B. Rowling and his children's trusts of which he is trustee.

  (2) There is no publicly held corporation that owns any of the stock in any of these entities.

  These representations are made in order that the judges of this court may determine the need for recusal.

Dated: June 10, 2005

Respectfully submitted,

*Amy L. Bess*

Amy L. Bess, D.C. Bar No. 418985
Sonnenschein Nath & Rosenthal LLP
1301 K St., NW, Suite 600, East Tower
Washington, DC 20005
Counsel for Omni Hotels Management Corp. and
Omni Hotels Corp.

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2005, I caused a copy of the foregoing Local Rule 26.1 Statement to be served by facsimile and U.S. Mail, first class postage prepaid, on:

Leizer Z. Goldsmith
1900 L Street, NW Suite 614
Washington, D.C. 20036

*Amy L. Bess*

Amy L. Bess