IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SANDRA TAYLOR,**<br>11236 Cherry Hill Rd., Apt. T-1<br>Beltsville, Maryland 20705<br><br>and<br><br>**TAWFIK BOULOS**<br>501 W. Lake St.<br>McCall, ID 83638<br><br>   **Plaintiffs,**<br><br>vs.<br><br>**OMNI HOTELS MANAGEMENT CORPORATION,**<br>420 Decker Dr.<br>Irving, Texas 75062<br><br>and<br><br>**OMNI HOTELS CORPORATION**<br>420 Decker Dr.<br>Irving, Texas 75062<br><br>   **Defendants.** | **Case No. 1:05CV01175**<br>**Judge Henry H. Kennedy** |

## MOTION FOR ADMISSION *PRO HAC VICE* OF MICHAEL E. COLES

Pursuant to Rule 83.2(d) of the Rules of the United States District Court for the District of Columbia, Defendants Omni Hotels Management Corporation and Omni Hotels Corporation (collectively "Omni") respectfully move this Court to admit Michael E. Coles *pro hac vice* as counsel for this matter. In support of this motion, Omni states as follows:

  1. Amy L. Bess is counsel of record in this matter. Ms. Bess is a partner with the law firm of Sonnenschein Nath & Rosenthal LLP, 1301 K Street, N.W., Suite 600, East Tower, Washington, D.C. 20005. Her telephone number is (202) 408-6400. Ms. Bess is an active

member in good standing of the Bar of the District of Columbia and the United States District Court for the District of Columbia. Her D.C. Bar number is 418985.

2. Michael E. Coles is a shareholder with the law firm of The Coles Firm, P.C., 3838 Oak Lawn Avenue, Suite 1825, Dallas, Texas 75219. His telephone number is (214) 443-7862. His e-mail address is mikec@colesfirm.com.

3. Mr. Coles is a member in good standing of the State Bar of Texas, and was admitted on November 6, 1998.

4. Mr. Coles has not been disciplined by any bar.

5. Mr. Coles has not been admitted *pro hac vice* in this Court within the last two years.

6. Mr. Coles does not engage in the practice of law from an office located in the District of Columbia. He is not a member of the District of Columbia bar, nor does he have an application for membership pending.

7. Counsel for Plaintiff does not object to Mr. Coles' admission to the case *pro hac vice*.

Dated: September __7__, 2005

Respectfully submitted,

_____/s/_____
Amy L. Bess, D.C. Bar No. 418985
Sonnenschein Nath & Rosenthal LLP
1301 K Street, NW
Suite 600, East Tower
Washington, DC 20005
*Counsel for Defendants Omni Hotels
Management Corp. and Omni Hotels Corp.*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 7, 2005, I caused a copy of the foregoing Motion for Admission *Pro Hac Vice* of Michael E. Coles to be filed with the Court and served upon the following via the Court's Electronic Case Filing System:

>Leizer Z. Goldsmith
>1900 L Street, NW
>Suite 614
>Washington, D.C. 20036
>lgoldsmith@goldsmithfirm.com

                                                    /s/
                                            Amy L. Bess