IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA TAYLOR,<br>11236 Cherry Hill Rd., Apt. T-1<br>Beltsville, Maryland 20705<br><br>and<br><br>TAWFIK BOULOS<br>501 W. Lake St.<br>McCall, ID 83638<br><br>      Plaintiffs,<br><br>   vs.<br><br>OMNI HOTELS MANAGEMENT<br>CORPORATION,<br>420 Decker Dr.<br>Irving, Texas 75062<br><br>and<br><br>OMNI HOTELS CORPORATION<br>420 Decker Dr.<br>Irving, Texas 75062<br><br>      Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:   Case No. 1:05CV01175<br>:   Judge Henry H. Kennedy<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## DECLARATION OF MICHAEL E. COLES IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

1.    I am a shareholder with the law firm of The Coles Firm, P.C., 3838 Oak Lawn Avenue, Suite 1825, Dallas, Texas 75219. My telephone number is (214) 443-7862. My e-mail address is mikec@colesfirm.com.

2.    I am a member in good standing of the State Bar of Texas, and was admitted on November 6, 1998. I am also admitted to the United States District Court for the Northern District of Texas and to the United States District Court for the Eastern District of Texas.

4.    I have not been disciplined by any bar.

5.    I have not been admitted *pro hac vice* in this Court within the last two years.

6.    I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia bar, nor do I have an application for membership pending.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1st day of September, 2005, in Dallas, Texas.

Michael E. Coles

2