IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SANDRA TAYLOR,**<br>11236 Cherry Hill Rd., Apt. T-1<br>Beltsville, Maryland 20705<br><br>and<br><br>**TAWFIK BOULOS**<br>501 W. Lake St.<br>McCall, ID 83638<br><br>**Plaintiffs,**<br><br>vs.<br><br>**OMNI HOTELS MANAGEMENT CORPORATION,**<br>420 Decker Dr.<br>Irving, Texas 75062<br><br>and<br><br>**OMNI HOTELS CORPORATION**<br>420 Decker Dr.<br>Irving, Texas 75062<br><br>**Defendants.** | Case No. 1:05CV01175<br>Judge Henry H. Kennedy |

## DECLARATION OF LISA T. LEVIN EDWARDS IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

1. I am of counsel with the law firm of The Coles Firm, P.C., 3838 Oak Lawn Avenue, Suite 1825, Dallas, Texas 75219. My telephone number is (214) 443-7860. My e-mail address is lisae@colesfirm.com.

2. I am a member in good standing of the State Bar of Texas, and was admitted on May 6, 1988.

4. I have not been disciplined by any bar.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6.  I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia bar, nor do I have an application for membership pending.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this １ˢᵗ day of September, 2005, in Dallas, Texas.

Lisa T. Levin Edwards

2