IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA TAYLOR AND TAWFIK BOULOS ) <br> ) <br> ) <br> PLAINTIFFS, ) <br> ) <br> V. ) <br> ) <br> OMNI HOTELS MANAGEMENT, ET. AL ) <br> ) <br> DEFENDANTS. ) <br> ) | CIVIL ACTION NO. <br> 1:05-CV-1175-HHK |

## JOINT RULE 16.3 REPORT OF THE PARTIES

Pursuant to the Rules of the United States District Court for the District of Columbia, the parties hereby file this Joint Statement.

1. No dispositive motion has been filed at this time; however, the parties anticipate that Defendants will file a dispositive motion.

2. **Joinder:** The parties recommend that any joinder without motion for leave should be submitted by October 1, 2005. **Amendments:** Defendants' position is that any amendment to the pleadings should occur by October 1, 2005. Plaintiffs request that the deadline for amendments to the pleadings be set at thirty days before the conclusion of the discovery period. No factual or legal issues have been agreed upon or narrowed, although the parties are discussing such narrowing.

3. The parties do not wish to refer this matter to a Magistrate Judge.

4. The parties will continue to explore all possible settlement avenues, although settlement is not imminent at this time.

5. Plaintiffs would consider the possibility of utilizing all available ADR procedures. The Defendants state that they would discuss the possibility of a settlement conference by a Magistrate Judge after the close of discovery.

6. The parties disagree as to whether this case can be resolved by a dispositive motion. However, they agree as to a proposed timetable: The parties request that dispositive motions should be due sixty days after the close of discovery; the opposing party shall receive thirty days to oppose any such motion; replies should be filed within thirty days thereafter. The proposed date for a decision on any motion is thirty days after any reply is filed.

7. The parties agree to exchange initial disclosures in accordance with applicable rules.

8. The parties suggest a discovery cut-off of March 31, 2006. The parties will consider any reasonable protective order submitted by the opposition.

9. The parties propose that the cut-off for 26(a)(2) designations be within sixty days prior to the close of discovery, and for counterdesignations thirty days thereafter.

10. This is not a class action.

11. Defendants seek bifurcation of punitive damages. At this time, Plaintiffs disagree that any bifurcation is required.

12. The parties request that the pretrial conference date be set for thirty days after ruling on dispositive motions or after the passing of the deadline without motions being filed.

13. The parties request that the Court set the trial date at the pretrial conference.

14. No other matters need be addressed at this time.

        Respectfully submitted,

        THE GOLDSMITH LAW FIRM

        _____

        Leizer Z. Goldsmith (Bar No. 419544)
        Kristen L. Walsh
        1900 L Street, N.W., Suite 614
        Washington, D.C. 20036
        Telephone: (202) 775-0040
        Facsimile: (202) 318-0798

        Attorneys For Plaintiffs


        THE COLES FIRM P.C.


        _____

        Michael E. Coles (Bar No. 24007025)
        3838 Oaklawn Avenue, Suite 1825
        Dallas, TX  75219
        Attorney for Defendants
        Application for admission *Pro Hac Vice*
        pending

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA TAYLOR AND TAWFIK BOULOS ) | |
| ) | |
| PLAINTIFFS, ) | |
| ) | |
| V. ) | CIVIL ACTION NO. |
| ) | 1:05-cv-1175-HHK |
| OMNI HOTELS MANAGEMENT, ET. AL ) | |
| ) | |
| DEFENDANTS. ) | |

**ORDER**

The parties have filed a joint Rule 16.3 Report.  It is hereby:

ORDERED that:

Joinder without Motion for Leave should be submitted by October 1, 2005. Amendments of pleadings without need for a Motion shall be permitted for _____ from the date of the Court's Scheduling Order;

This matter shall not be referred to a Magistrate Judge;

Dispositive motions shall be due sixty days after the close of discovery.  The opposing party shall receive thirty days to oppose any such motions.  Replies shall be filed within thirty days thereafter;

Discovery shall conclude by March 31, 2006.

Rule 26(a)(2) designations and counterdesignations shall be undertaken by sixty and thirty days before the close of discovery, respectively.

The Court shall set the trial date at the pretrial conference.

                        _____
Judge, United States District Court

Copies to:
Leizer Z. Goldsmith (Bar No. 419544)
Kristen L. Walsh
1900 L Street, N.W., Suite 614
Washington, D.C. 20036

and

Michael E. Coles (Bar No. 69252)
3838 Oaklawn Avenue, Suite 1825
Dallas, TX 75219
Attorney for Defendants

5