IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA TAYLOR AND TAWFIK BOULOS, )<br>)<br>Plaintiffs,          )<br>)<br>v.             )<br>)<br>OMNI HOTELS MANAGEMENT, et al.  )<br>)<br>Defendants.         )<br>) | CIVIL ACTION NO.<br>1:05-CV-1175-HHK |

## SUPPLEMENT TO JOINT RULE 16.3 REPORT

Pursuant to the Rules of the United States District Court for the District of Columbia and this Court's Order For Initial Scheduling Conference dated September 1, 2005, the Plaintiffs Sandra Taylor and Tawfik Boulos and Defendant Omni Hotels Management Corporation and Omni Hotels Corporation (the "Parties") hereby jointly file pursuant to Rule 16.3, their Supplement to Joint Rule 16.3 Report, specifically adding the Parties' respective statutory bases for all causes of action and defenses.

### TAYLOR

Sandra Taylor filed a race discrimination claim against Defendants pursuant to 42 U.S.C. Sec. 1981.  Taylor claimed that Defendants subjected her to a hostile work environment because of her race and compelled her to terminate her employment. The Parties have settled Taylor's case, and pleadings to support the disposition of this matter will be forthcoming.

### BOULOS

Tawfik Boulos filed a retaliation claim against Defendants pursuant to 42 U.S.C. Sec. 1981.  Boulos claims he was terminated based on opposition to race discrimination against Taylor.  Boulos was injured while on the job, and received workers compensation while unable to work.  Boulos was Taylor's supervisor and agreed to testify on her behalf at a hearing for unemployment compensation.  Defendants claim that Boulos was medically released to return to work, but he was unable to perform his job duties and was terminated.

Boulos claims that his termination was based on retaliation for his supportive testimony at Taylor's unemployment compensation hearing and points out that his personal physician never released him to return to work. Defendants claim that Defendants would have taken the same actions notwithstanding any protected status held by Boulos.

Respectfully submitted,

By: _____/s/\_\_\_\_\_ (Amy L. Bess)
Michael E. Coles
Texas Bar No. 24007025
*Admitted Pro Hac Vice*
The Coles Firm P.C.
3838 Oak Lawn Ave, Suite 1825
Dallas, TX  75219
Telephone:  214-443-7862
Facsimile:  972-692-7145

Amy L. Bess, D.C. Bar No. 418985
Sonnenschein Nath & Rosenthal LLP
1301 K St., NW, Suite 600, East Tower
Washington, DC 20005
Telephone:  202-408-6400
Facsimile:  202-408-6399

**ATTORNEYS FOR DEFENDANTS**

By: _____/s/\_\_\_\_\_ (Leizer Goldsmith)
Leizer Z. Goldsmith (Bar No. 419544)
(signed by Amy Bess with permission of
    Leizer Goldsmith)
Kristen L. Walsh
The Goldsmith Law Firm
1900 L Street, N.W., Suite 614
Washington, D.C. 20036
Telephone:  202-775-0040
Facsimile:  202-318-0798

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2005, I caused a copy of the foregoing Supplement to Joint Rule 16.3 Report to be filed with the Court and served upon the following via the Court's Electronic Case Filing System:

>Leizer Z. Goldsmith
>1900 L. Street, NW
>Suite 614
>Washington, D.C. 20036.
>Attorney for Plaintiff



　　　　　　　　　　　／s／　　(Amy L. Bess)
Amy L. Bess