IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| SANDRA TAYLOR, | : |
| and | : |
| TAWFIK BOULOS | : |
| Plaintiffs, | : |
| | : |
| vs. | : CIVIL ACTION NO. 05-0002031 |
| | : |
| OMNI HOTELS MANAGEMENT | : |
| CORPORATION, | : |
| and | : |
| OMNI HOTELS CORPORATION | : |
| | : |
| Defendants. | |

## Defendant's Privilege Log (Boulos)

| NAME OF DOCUMENT | BATES NUMBERS | DATE | PARTIES | BASIS OF PRIVILEGE |
|---|---|---|---|---|
| Fax cover, notes | 392 | Feb. 23, 2005 | P. Jorge, N. Webster | Work Product |
| | | | | |
| | | | | |
| | | | | |

Respectfully submitted,

By: /s/ Lisa Edwards
Lisa T. Edwards
Texas Bar No. 12253900
The Coles Firm P.C.
3838 Oak Lawn Ave., Suite 1825
Dallas, TX 75219
(214) 443-7860 [Telephone]
(972) 692-7145 [Facsimile]

Texas Bar No. 12253900
The Coles Firm P.C.
3838 Oak Lawn Ave., Suite 1825
Dallas, TX 75219
(214) 443-7860 [Telephone]
(972) 692-7145 [Facsimile]

# THE COLES FIRM P.C.

October 4, 2005

**Nikko Moats**
Tel: 214-443-7860
Fax: 972-692-7145
E-mail: nikkom@colesfirm.com

**VIA FEDERAL EXPRESS**

LEIZER Z. GOLDSMITH
1900 L STREET, NW SUITE 614
WASHINGTON, DC 20036

Re:   Sandra Taylor and Tawfik Boulos v. Omni Hotels Management Corp. and Omni Hotels Corp. Civil Action No. 05- , 0002031, In the United States District Court for the District of Columbia

Dear Leizer:

Enclosed please find the **Defendant's Privilege Log for Boulos** and the **Defendant's Privilege Log for Taylor**. If you have any questions, please do not hesitate to contact our office.

Sincerely,

Nikko Moats
Paralegal to Michael E. Coles

NM/Enclosures

**3838 Oak Lawn Ave., Suite 1825 Dallas, Texas 75219**