IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA TAYLOR, and TAWFIK BOULOS<br>    Plaintiffs,<br><br>vs.<br><br>OMNI HOTELS MANAGEMENT CORPORATION, and OMNI HOTELS CORPORATION<br>    Defendants. | :<br>:<br>:<br>:<br>:  CIVIL ACTION NO. 05-0002031<br>:<br>:<br>:<br>:<br>: |

## Defendant's Supplemental Privilege Log (Boulos)

| NAME OF DOCUMENT | BATES NUMBERS | DATE | PARTIES | BASIS OF PRIVILEGE |
|---|---|---|---|---|
| Fax cover, notes | 392 | Feb. 23, 2005 | P. Jorge, N. Webster | Work Product |
| Fax, notes | 418-424 | Oct. 27, 2005 | N. Webster, M. Coles | Work Product |
| | | | | |
| | | | | |
| | | | | |

Respectfully submitted,

By: /s/ Lisa T. Edwards
Lisa T. Edwards
Texas Bar No. 12253900
The Coles Firm P.C.
3838 Oak Lawn Ave., Suite 1825
Dallas, TX 75219
(214) 443-7860 [Telephone]
(972) 692-7145 [Facsimile]