IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA TAYLOR, and TAWFIK BOULOS<br>    Plaintiffs,<br><br>vs.<br><br>OMNI HOTELS MANAGEMENT CORPORATION, and OMNI HOTELS CORPORATION<br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:  CIVIL ACTION NO. 05-0002031<br>:<br>:<br>:<br>:<br>:<br>: |

## Defendant's First Amended Privilege Log (Boulos)

| NAME OF DOCUMENT | BATES NUMBERS | DATE | PARTIES | BASIS OF PRIVILEGE |
|---|---|---|---|---|
| Fax cover, notes | 392 | Feb. 23, 2005 | P. Jorge, N. Webster | Work Product |
| Correspondence | 1689-1692 | April 10, 2002 | T. Winston, J. DeSisto | Attorney/Client |
| Correspondence | 1653-1656 | Dec. 11, 2001 | K. Treciak, J. DeSisto | Attorney/Client |
| Correspondence | 1645-1646 | Jan. 31, 2002 | K. Treciak, J. DeSisto | Attorney/Client |
| Fax | 1818 - 1827 | Feb. 23, 2005 | N. Webster, P. Jorge | Attorney/Client |

Respectfully submitted,

By: /s/ Michael E. Coles
Michael E. Coles
Texas Bar No. 24007025
Lisa T. Edwards
Texas Bar No. 12253900
The Coles Firm P.C.
3838 Oak Lawn Ave., Suite 1825
Dallas, TX 75219
(214) 443-7860 [Telephone]
(972) 692-7145 [Facsimile]

# THE COLES FIRM P.C.

December 22, 2005

Lisa T. Edwards
Tel: 214-443-7860
Fax: 972-692-7145
E-mail: lisae@colesfirm.com

Via Federal Express

Leizer Z. Goldsmith
Attorney At Law
1900 L. Street, NW Suite 614
Washington, D.C. 20036

Re:   *Taylor & Boulos vs. Omni, Cause No. 05-0002031,*
      *In the United States District Court for the District of Columbia*

Dear Leizer:

Enclosed please find additional documents Bates labeled 001592 through 001938 produced in response to Plaintiff's discovery requests in the above referenced matter, along with Defendant's First Amended Privilege Log. Should you have any questions or require additional information, please do not hesitate to contact our office.

Sincerely,

Lisa T. Edwards
Attorney at Law

LE/Enclosures

3838 Oak Lawn Ave., Suite 1825 Dallas, Texas 75219