IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA TAYLOR, and TAWFIK BOULOS<br>   Plaintiffs,<br><br>vs.<br><br>OMNI HOTELS MANAGEMENT CORPORATION, and OMNI HOTELS CORPORATION<br>   Defendants. | §§§§§§§§§§§§§§§<br><br>CIVIL ACTION NO. 05-0002031 |

## Defendant's 2nd Supplemental Privilege Log (Boulos)

| NAME OF DOCUMENT | BATES NUMBERS | DATE | PARTIES | BASIS OF PRIVILEGE |
|---|---|---|---|---|
| Fax cover, notes | 392 | Feb. 23, 2005 | P. Jorge, N. Webster | Work Product |
| Fax, notes | 418-424 | Oct. 27, 2005 | N. Webster, M. Coles | Work Product |
| Documented Phone conversation | 2080 | 5/23/02 | Gerry Bennett | Attorney/Client |
| Fax cover, job description | 2081-2085 | 5/24/02 | Gerry Bennett | Attorney/Client |
| Correspondence, Orders from DES | 2086-2108 | 7/25/02 | T. Winston, J. DeSisto | Attorney/Client |
| Fax cover, discovery | 2109-2113 | 3/12/02 | J. Allen, J. DeSisto | Attorney/Client |
| Correspondence | 2114-2115 | 1/31/02 | K. Treciak, J. DeSisto | Attorney/Client |
| Notes & Correspondence | 2116-2142 | 8/01 to 12/01 | J. Allen, C. Wing, K. Treciak | Attorney/Client |

Respectfully submitted,

By: _____
Lisa T. Edwards
Texas Bar No. 12253900
The Coles Firm P.C.
3838 Oak Lawn Ave., Suite 1825
Dallas, TX 75219
(214) 443-7860 [Telephone]
(972) 692-7145 [Facsimile]

# THE COLES FIRM P.C.

February 14, 2006

Nikko Moats
Tel: 214-443-7860
Fax: 972-692-7145
E-mail: nikkom@colesfirm.com

**VIA FEDERAL EXPRESS**

LEIZER Z. GOLDSMITH
1900 L STREET, NW SUITE 614
WASHINGTON, DC 20036

Re: Sandra Taylor and Tawfik Boulos v. Omni Hotels Management Corp. and Omni Hotels Corp. Civil Action No. 05-0002031, In the United States District Court for the District of Columbia

Dear Leizer:

Enclosed please find the **Defendant's Second Supplemental Privilege Log** and **Bates Labeled documents 001939 - 002262**. If you have any questions, please do not hesitate to contact our office.

Sincerely,

Nikko Moats
Paralegal to Michael E. Coles

NM/Enclosures

3838 Oak Lawn Ave., Suite 1825 Dallas, Texas 75219