# THE COLES FIRM P.C.

February 23, 2006

Lisa T. Edwards
Tel: 214-443-7860
Fax: 972-692-7145
E-mail: lisae@colesfirm.com

Via Facsimile

Leizer Z. Goldsmith
Attorney At Law
1900 L. Street, NW Suite 614
Washington, D.C. 20036

Re:   *Taylor & Boulos vs. Omni, Cause No. 05-0002031,
      In the United States District Court for the District of Columbia*

Dear Leizer:

A recent conference with our client revealed that certain documents inadvertently produced to you are privileged. The law firm of McNamara, Fizer & Dent represented Omni earlier in this matter, therefore, all communications between them and our client are privileged. We request the immediate return of **all copies** of these privileged documents. The following bates labeled documents which will be added to our Privilege Log are listed below. Should you have any questions or require additional information, please do not hesitate to contact our office.

Bates labeled items requested returned are as follows:
001613
001629
001630
001631
001632
001633

Sincerely,

Lisa T. Edwards
Attorney at Law

**3838 Oak Lawn Ave., Suite 1825 Dallas, Texas 75219**