IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SANDRA TAYLOR,
and
TAWFIK BOULOS
    Plaintiffs,

vs.

OMNI HOTELS MANAGEMENT
CORPORATION,
and
OMNI HOTELS CORPORATION
    Defendants.

CIVIL ACTION NO. 05-0002031

## Defendants' 2nd Amended Privilege Log (Boulos)

| NAME OF DOCUMENT | BATES NUMBERS | DATE | PARTIES | BASIS OF PRIVILEGE |
|---|---|---|---|---|
| Fax cover, notes | 392 | Feb. 23, 2005 | P. Jorge, N. Webster | Work Product |
| Fax, notes | 418-424 | Oct. 27, 2005 | N. Webster, M. Coles | Work Product |
| Correspondence | 1613 | April 4, 2002 | J. Allen, P. Austin | Attorney/Client |
| Fax cover, proposed disc. | 1629-1633 | March 12, 2002 | J. Allen, J. DeSisto | Attorney/Client |
| Correspondence | 1689-1692 | April 10, 2002 | T. Winston, J. DeSisto | Attorney/Client |
| Correspondence | 1653-1656 | Dec. 11, 2001 | K. Treciak, J. DeSisto | Attorney/Client |
| Correspondence | 1645-1646 | Jan. 31, 2002 | K. Treciak, J. DeSisto | Attorney/Client |
| Fax cover, notes | 1818 | Feb. 23, 2005 | N. Webster, P. Jorge | Work Product |
| Memo | 1819-1820 | June 29, 2001 | Jean Allen | Work Product |
| Email memo | 1821 | Aug. 9, 2001 | J. Allen, P. Austin | Work Product |
| Memo | 1822-1825 | Aug. 27, 2001 | J. Allen | Work Product |
| Email memo | 1826 | Aug. 30, 2001 | C. Wing, J. Allen | Work Product |
| Memo | 1827 | Sept. 5, 2001 | J. Allen | Work Product |
| Phone notes | 2080 | May 23, 2002 | Gerry Bennett | Attorney/Client |
| Fax cover, job description | 2081-2085 | May 24, 2002 | Gerry Bennett | Attorney/Client |
| Correspondence, Orders from DES | 2086-2108 | July 25, 2002 | T. Winston, J. DeSisto | Attorney/Client |
| Fax cover, discovery | 2109-2113 | March 12, 2002 | J. Allen, J. DeSisto | Attorney/Client |
| Correspondence | 2114-2115 | Jan. 31, 2002 | K. Treciak, J. DeSisto | Attorney/Client |
| Notes & Correspondence | 2116-2142 | 8/01 to 12/01 | J. Allen, C. Wing, K. Treciak | Attorney/Client |

Respectfully submitted,

By: _____
Lisa T. Edwards
Texas Bar No. 12253900
The Coles Firm P.C.
3838 Oak Lawn Ave., Suite 1825
Dallas, Texas 75219
(214) 443-7860 [Telephone]
(972) 692-7145 [Facsimile]

# THE COLES FIRM P.C.

February 23, 2006

Lisa T. Edwards
Tel: 214-443-7860
Fax: 972-692-7145
E-mail: lisae@colesfirm.com

**Via Federal Express**

Leizer Z. Goldsmith
Attorney At Law
1900 L. Street, NW Suite 614
Washington, D.C. 20036

Re: *Taylor & Boulos vs. Omni, Cause No. 05-0002031,*
*In the United States District Court for the District of Columbia*

Dear Leizer:

Enclosed please find **Defendants' 2nd Amended Privilege Log,** in the above referenced matter. Should you have any questions or require additional information, please do not hesitate to contact our office.

Sincerely,

Lisa T. Edwards
Attorney at Law

LE/Enclosures

3838 Oak Lawn Ave., Suite 1825 Dallas, Texas 75219