THE GOLDSMITH LAW FIRM, L.L.C.
1900 L STREET, N.W.
SUITE 614
WASHINGTON, D.C. 20036
TEL: (202) 775-0040
FAX: (202) 775-0005
http://www.goldsmithfirm.com

By Facsimile 972-692-7145:

February 23, 2006

Mike Coles, Esq.
The Coles Firm, P.C.
3838 Oak Lawn Avenue
Suite 1825
Dallas, Texas 75219

Re: Taylor & Boulos v. Omni Hotels Inc., Civil Action No. 1:05-cv-1175-HHK

Dear Mike,

I have reviewed Defendant's 2nd Supplemental Privilege Log and Defendants' 2nd Amended Privilege Log submitted with this latest document production and on February 23, 2006, respectively. In these logs, you assert that the following documents are privileged:

| Name of Document | Bates Numbers | Date | Parties | Basis of Privilege |
|---|---|---|---|---|
| Fax cover, job description | 2081-2085 | 5/24/02 | Gerry Bennett | Attorney/Client |
| Notes and Correspondence | 2116-2142 | 8/01 – 12/01 | J. Allen, C. Wing, K. Treciak | Attorney/Client |
| Memo | 1819-1820 | June 29, 2001 | Jean Allen | Work Product |
| Email memo | 1821 | August 9, 2001 | J. Allen P. Austin | Work Product |
| Memo | 1822-1825 | August 27, 2001 | J.Allen | Work Product |
| Email memo | 1826 | August 30, 2001 | C. Wing J. Allen | Work Product |
| Memo | 1827 | Sept. 5, 2001 | J. Allen | Work Product |

For example, in the case of bates numbers 2081-2085, I fail to see how a job description could be considered privileged information. Similarly, in the case of bates numbers 2116-2142, you assert a claim of privilege for twenty-six pages of documents, spanning a four month period of time, between three non-lawyers. Your log does not

Page 2
Mike Coles
February 23, 2006

indicate the substance of the information claimed to be privileged or otherwise explain why communications or notes by Human Resources Managers and/or between a Human Resources Manager and an Insurance Claims Specialist, all non-lawyers, could legitimately fall under the rubric of attorney/client privilege. My objections are the same for the remaining entries in the table above. In addition, I also need to know who Gerry Bennett is and, thus, why any documents authored by this person would be considered privileged.

      These documents should be produced immediately. As I stated earlier today in my voice mail to you, I am available tomorrow to discuss these issues. Please contact me at 202-775-0040, ext. 2 if you need to discuss this matter further.

                          Sincerely, yours,

                          Kristen Walsh