**THE GOLDSMITH LAW FIRM, L.L.C.**
**1900 L STREET, N.W.**
**SUITE 614**
**WASHINGTON, D.C. 20036**
**TEL: (202) 775-0040**
**FAX: (202) 775-0005**
http://www.goldsmithfirm.com

By Facsimile 972-692-7145:

February 24, 2006

Mike Coles, Esq.
The Coles Firm, P.C.
3838 Oak Lawn Avenue
Suite 1825
Dallas, Texas 75219

  Re: <u>Taylor & Boulos v. Omni Hotels Inc.</u>, Civil Action No. 1:05-cv-1175-HHK

Dear Mike,

  On the matter of your claims of Work Product and Attorney/Client privilege asserted in your 2nd Amended Privilege Log, I would like to point out that on page 215 of her deposition, Jean Allen testified that Jamie DeSisto, an attorney for McNamara, Fizer & Dent, was not Omni Hotels' but rather Zurich's, attorney. In light of this fact, Omni cannot assert this privilege as to communications made by DeSisto and especially not as to communications between Karen Treciak and Jamie Desisto, as DeSisto was not Omni's attorney and Treciak did not work for Omni. In addition, in case my letter of February 23, 2006, was not clear, I am also disputing your assertion of work product privilege as to emails, memos or other documents by Jean Allen or between Jean Allen and other Omni employees.

  Please give me a call to discuss these matters. I am also prepared to discuss with you the issue of the medical release you are seeking to obtain from my client.

                Sincerely yours,


                Kristen Walsh