IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SANDRA TAYLOR,
and
TAWFIK BOULOS
      Plaintiffs,

vs.

OMNI HOTELS MANAGEMENT
CORPORATION,
and
OMNI HOTELS CORPORATION

      Defendants.

CIVIL ACTION NO. 05-0002031

## 3rd Supplemental Privilege Log

Respectfully submitted,

| E Mail correspondence | 2307-2310 | 8-13-01 to 8-16-01 | C. Wing, J. Allen | Work Product |
|---|---|---|---|---|
| Memo | 2382 | 11-21-02 | J. Allen | Work Product |
| E mail correspondence | 2383 | 8-14-01 | J. Allen & C. Wing | Work Product |
| E mail correspondence | 2384 | 8-15-01 | J. Allen & C. Wing | Work Product |
| Handwritten notes | 2385-2387 | Not dated | J. Allen | Work Product |
| Handwritten notes | 2388-2394 | 8-22-01 | J. Allen | Work Product |
| E mail correspondence | 2395-2396 | 8-13-01; 8-15-01 | C. Wing, C. Combs, J. Allen | Work Product |

By: /s/ Lisa Edwards
Lisa T. Edwards
Texas Bar No. 12253900
The Coles Firm P.C.
3838 Oak Lawn Ave., Suite 1825
Dallas, TX 75219
(214) 443-7860 [Telephone]
(972) 692-7145 [Facsimile]

# THE COLES FIRM P.C.

March 13, 2006

Nikko Moats
Tel: 214-443-7860
Fax: 972-692-7145
E-mail: nikkom@colesfirm.com

**VIA FEDERAL EXPRESS**

LEIZER Z. GOLDSMITH
GOLDSMITH LAW FIRM
1900 L STREET, NW SUITE 614
WASHINGTON, DC 20036

Re: Sandra Taylor and Tawfik Boulos v. Omni Hotels Management Corp. and Omni Hotels Corp. Civil Action No. 05-0002031, In the United States District Court for the District of Columbia

Dear Leizer:

Enclosed please find the **Defendant's Third Supplemental Privilege Log** and **Bates Labeled documents 002311 – 002440**. If you have any questions, please do not hesitate to contact our office.

Sincerely,

Nikko Moats
Paralegal to Michael E. Coles

NM/Enclosures

**3838 Oak Lawn Ave., Suite 1825 Dallas, Texas 75219**