IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA TAYLOR AND TAWFIK BOULOS ) ) ) PLAINTIFFS, ) ) V. ) ) OMNI HOTELS MANAGEMENT, ET. AL ) ) DEFENDANTS. ) ) | CIVIL ACTION NO. 1:05-CV-1175-HHK |

### ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DISCOVERY

COMES NOW the Plaintiff, requesting that Defendants be compelled to produce the documents withheld under claims of attorney-client and work product privilege. The Motion is hereby GRANTED.

With regard to Defendants' claims of attorney-client and work product privilege, the Court finds that Defendants have not carried their burden showing entitlement to the privileges and/or have waived the privileges and ORDERS the following documents, identified by their numerical Bates stamps, to be produced immediately to Plaintiff: 1613, 2080, 2081-2085, 2116-2142, 1819-1820, 1821, 1822-1825, 1826, 1827, 2307-2310, 2382, 2383, 2384, 2385-2387, 2388-2394, 2395-2396.

_____
Judge, United States District Court