UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA TAYLOR, and<br>TAWFIK BOULOS,<br><br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>OMNI HOTELS MANAGEMENT<br>CORP., and OMNI HOTELS CORP.,<br><br>　　　　　　Defendants. | Civil Action 05-01175 (HHK) |

ORDER REFERRING MOTION TO
UNITED STATES MAGISTRATE JUDGE

It is this 6th day of April, 2006, hereby

**ORDERED** that plaintiff Tawfik Boulos's "Motion to Compel Discovery" (Dkt. #11) is hereby referred to United States Magistrate Judge Alan Kay for his determination pursuant to LCvR 72.2.

　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　United States District Judge