IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
SANDRA TAYLOR, ET. AL.,              )
                                    )
                                    )
    PLAINTIFFS,                      )
                                    )
v.                                  )   CIVIL ACTION NO.
                                    )   1:05-CV-1175-HHK
OMNI HOTELS MANAGEMENT, ET. AL,     )
                                    )
                                    )
    DEFENDANTS.                      )
_____ )


**UNOPPOSED MOTION FOR AN EXTENSION OF TIME
WITHIN WHICH TO FILE A REPLY/OPPOSITION MEMORANDUM TO
DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO COMPEL AND
MOTION FOR A PROTECTIVE ORDER**

The Plaintiffs in the above-captioned case hereby move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an extension of time within which to file their Reply/ Opposition to Defendants' Response to Plaintiff's Motion to Compel Discovery and Motion for Protective in this action up to and including April 28, 2006. Counsel for the Defendants, Michael E. Coles, Esq., has advised that Defendants do not oppose this motion.

This extension of time is sought due to the fact that Leizer Z. Goldsmith is currently on a long-planned vacation and will be unavailable until April 24, 2006. The associate assisting him on this case, Kristen L. Walsh, has been out of the office on sick leave during a number of days during the original response period. Plaintiffs accordingly requests an extension of time, to and including April 28, 2006, within which to file their Reply/ Opposition to Defendants' Response to Plaintiffs' Motion to Compel

Discovery and Motion for Protective Order.  Plaintiffs respectfully request that this motion for an extension of time be granted.

Respectfully submitted,

THE GOLDSMITH LAW FIRM, LLC

_____
Leizer Z. Goldsmith (D.C. Bar No. 419544)
Kristen L. Walsh (D.C. Bar No. 495767)
1900 L Street, N.W., Suite 614
Washington, D.C. 20036
Telephone: (202) 775-0040
Facsimile: (202) 775-0005

Attorneys for Plaintiff Tawfik Boulos

## CERTIFICATE OF SERVICE

      I certify that I served, by facsimile, the following counsel with one copy of the foregoing Motion to Compel Discovery this 21th day of April 2006:

Mike Coles
Lisa T. Edwards
The Coles Firm, P.C.
3838 Oak Lawn Ave, Suite 1825
Dallas, TX 75219
214-443-7832 (phone)
972-692-7145 (fax)
Attorneys for Defendants

                                        /s/
                                    _____
                                    Kristen L. Walsh