IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA TAYLOR, ET. AL., ) | |
| ) | |
| PLAINTIFFS, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 1:05-CV-1175-HHK |
| OMNI HOTELS MANAGEMENT, ET. AL, ) | |
| ) | |
| DEFENDANTS. ) | |

**PROPOSED ORDER**

UPON CONSIDERATION of Plaintiffs' Unopposed Motion for an Extension of Time Within Which to File a Reply/Opposition to Defendants' Response to Plaintiff's Motion to Compel Discovery and Motion for Protective and the grounds stated therefor, and the entire record herein, it is on this _____ day of_____, 2006, hereby

ORDERED that the said motion should be and hereby is granted; and it is

FURTHER ORDERED that the time by which Plaintiffs may file an opposition/reply in this action be and is hereby enlarged up to and including April 28, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

Leizer Z. Goldsmith, Esq.
Kristen L. Walsh, Esq.
The Goldsmith Law Firm, LLC
1900 L Street, N.W., Suite 614
Washington, D.C. 20036

Mike Coles, Esq.
Lisa T. Edwards, Esq.
The Coles Firm, P.C.
3838 Oak Lawn Ave, Suite 1825
Dallas, TX 75219