IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**SANDRA TAYLOR**,

and

**TAWFIK BOULOS**

   **Plaintiffs,**

vs.

**OMNI HOTELS MANAGEMENT CORPORATION,**

and

**OMNI HOTELS CORPORATION**

   **Defendants.**

CIVIL ACTION NO. 1:05-CV-01175

Judge Henry H. Kennedy

## JOINT MOTION TO DISMISS

  Plaintiff Sandra Taylor ("Taylor") and Defendants Omni Hotels Management Corporation and Omni Hotels Corporation (these Defendants collectively referred to as "Omni") hereby file this Joint Motion for Dismissal. As Taylor's allegations have been resolved and Taylor no longer has or intends to pursue any claims against Omni, Taylor and Omni hereby request this Court enter an Order of Dismissal with Prejudice. This Joint Motion to Dismiss is not intended to dismiss any claims asserted by Plaintiff Tawfik Boulos ("Boulos"). Therefore Taylor, Boulos, and Omni hereby request that the instant litigation be hereafter captioned "Tawfik Boulos v. Omni Hotels Management Corporation and Omni Hotels Corporation."

Respectfully submitted,

THE GOLDSMITH LAW FIRM

_____

Leizer Z. Goldsmith
Kristen L. Walsh
1900 L Street, N.W., Suite 614
Washington, D.C. 20036
Telephone: (202) 775-0040
Facsimile: (202) 318-0798

ATTORNEYS FOR PLAINTIFFS


THE COLES FIRM P.C.

_____

Michael E. Coles
*Admitted Pro hac vice*
3838 Oaklawn Avenue, Suite 1825
Dallas, TX  75219

ATTORNEY FOR DEFENDANTS OMNI
HOTELS MANAGEMENT CORPORATION
AND OMNI HOTELS CORPORATION

## CERTIFICATE OF SERVICE

    I hereby certify that on April 26, 2006, a true and correct copy of the foregoing instrument was served by First Class Mail, postage prepaid, on the attorney of record, Michael E. Coles, The Coles Firm P.C., 3838 Oak Lawn Ave., Suite 1825, Dallas, Texas 75219.


_____/s/_____
Kristen L. Walsh