IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA TAYLOR,<br><br>and<br><br>TAWFIK BOULOS<br><br>      Plaintiffs,<br><br>      vs.<br><br>OMNI HOTELS MANAGEMENT CORPORATION,<br><br>and<br><br>OMNI HOTELS CORPORATION<br><br>      Defendants. | CIVIL ACTION NO. 1:05-CV-01175<br><br>Judge Henry H. Kennedy |

## PROPOSED ORDER GRANTING THE
## PARTIES' JOINT MOTION TO DISMISS

The parties' Joint Motion to Dismiss is hereby GRANTED. Sandra Taylor ("Taylor") is hereby dismissed as a plaintiff in the above captioned case. This Order granting the parties' Joint Motion to Dismiss does not dismiss any claims asserted by Plaintiff Tawfik Boulos ("Boulos"). The Clerk is ORDERED re-caption the instant litigation as "Tawfik Boulos v. Omni Hotels Management Corporation and Omni Hotels Corporation."

_____

United States District Judge