Yahoo! Mail - klw339@yahoo.com    file:////Leizer/clients%202006/Taylor/email%20-%20from%20Col...

Case 1:05-cv-01175-HHK    Document 16-2    Filed 04/27/2006    Page 1 of 2

**Yahoo!  My Yahoo!  Mail**

**YAHOO! MAIL**    Welcome, **klw339**
[Sign Out, My Account]

Search the Web [        ] [Search]

Mail Home - Mail Tutorials - Help

| Mail Plus | Addresses | Calendar | Notepad |

What's New - Mail For Mobile - Upgrades - **Options**

[Check Mail]  [Compose]    [                    ]  Search Mail | Search the Web

**Check Other Mail**    [Edit]
pop.softlinkcor...

**Folders**    [Add - Edit]
Inbox (3)
Draft
Sent
**Bulk (293)**    [Empty]
Trash    [Empty]

**My Folders**    [Hide]
Boulos
Briefs
Car stuff
Chichizola
Friolo
General Work
Graduate School
Jobs Applied for
KAttydocs
Kickboxing
LCS Express and...
Litigation exam...
News stories
**Personal (1)**
Pictures
RRs
Resumes and cov...
Tax

Previous | Next | Back to Messages

[Delete] [Reply] [Forward] [Spam] [Move...]

This message is not flagged. [ Flag Message - Mark as Unread ]    Printable View

**Date:**    Wed, 01 Mar 2006 11:21:37 -0700
**From:**    mikec@colesfirm.com   View Contact Details   Add Mobile Alert
**Subject:**  RE: Identity of other people in Boulos v. Omni 1:05-cv-1175
**To:**    "KLW" <klw339@yahoo.com>

Kristen,

P. Jorge is Paul Jorge, Asst. General Counsel.  N. Webster is Ned Webster, Head of Human Resources at the Omni Shoreham.

On the depositions, the person I believe will be the 30(b)(6) is not available the weeks of March 13 or 20.  She is available next week.  Can we set that for March 8?  Also, since we now will only have one depo during the week of March 20 it makes more sense for me to come in a day earlier for Said during the week of March 13 rather than stay in town for the weekend for one depo the following week.  Let me know if you can reschedule Said for the week of March 13 instead of the week of March 20.

Thanks.

Mike

Mike Coles
The Coles Firm PC
3838 Oak Lawn Ave.
Suite 1825
Dallas, Texas 75219
P: 214-443-7862
F: 972-692-7145

> -------- Original Message --------
> Subject: Identity of other people in Boulos v. Omni 1:05-cv-1175
> From: KLW <klw339@yahoo.com>
> Date: Wed, March 01, 2006 10:26 am
> To: Mike Coles <mikec@colesfirm.com>
>
> Mike,
>
> Who are P. Jorge and N. Webster?  I think you may have told
> me before. But could you respond in writing?

Yahoo! Mail - klw339@yahoo.com  file:////Leizer/clients%202006/Taylor/email%20-%20from%20Col..

Case 1:05-cv-01175-HHK    Document 16-2    Filed 04/27/2006    Page 2 of 2

> FYI, I spoke to Judge Kennedy's chambers this morning. We simply need to call in and schedule a time with the Judge. I'm sure if he requires materials prior to the teleconference, he will let us know when we schedule.
>
> Kristen

**Delete**  **Reply**  **Forward**  **Spam**  **Move...**

Previous | Next | Back to Messages           Save Message Text | Full Headers

**Check Mail**  **Compose**                    **Search Mail**  **Search the Web**

Copyright © 1994-2006 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines - Ad Feedback
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy