1  know what level she was on. I don't remember.
2      Q    Did you investigate this charge?
3      A    No. I wasn't there at the time. I was
4  not employed there when Sandra Taylor was employed
5  there.
6      Q    Let's clarify. When she applied for the
7  job, were you at Omni?
8      A    No.
9      Q    What happened to Sandra Taylor?
10     A    She resigned before I joined the
11 organization.
12     Q    She resigned before you got there?
13     A    Um-hum.
14     Q    Did you ever meet her?
15     A    At the unemployment hearing.
16     Q    Okay. She resigned before you got
17 there, but you stated that you had reviewed her
18 charge.
19     A    Yes.
20     Q    After you had received the charge, did
21 you investigate the charge?
22     A    As best I could, yes.

```
 1        Q     How did you do that?
 2        A     I first went to her file to glean the
 3  information that I could.
 4        Q     What did you find out from her file?
 5        A     From what I can remember that was in her
 6  file, she had applied for a higher level
 7  housekeeping manager position and somebody else had
 8  gotten the position and she resigned after that
 9  occurrence took place.
10        Q     Okay.  Besides reviewing the file, what
11  else did you do?
12        A     I spoke with Chuck Wing.
13        Q     Who is Chuck Wing?
14        A     Chuck Wing was, at the time I was there,
15  the area director of H.R., and I had an indirect
16  reporting relationship to him.
17        Q     Where was he located?
18        A     New York.
19        Q     Did you know him before you went to
20  Omni?
21        A     Before I joined the organization?
22        Q     Before you joined Omni.
```

41

1	A	No.

2	Q	And what did you and Mr. Wing talk
3 about?

4	A	Any information he knew relative to the
5 Sandra Taylor situation.

6	Q	Did he know any information?

7	A	Very little.

8	Q	What did he know?

9	A	He could provide me with a little bit
10 more of the pieces or where to go for them, but he
11 had his own responsibilities in New York and I think
12 he was involved peripherally on this situation.

13	Q	Did he know Sandra Taylor?

14	A	I do not remember whether he had met her
15 or not.

16	Q	Did he know about her allegations other
17 than through his conversation with you?

18	A	I honestly don't remember.

19	Q	Did he give you any advice?

20	A	More formatting the position paper since
21 it was one of the first times I was responsible for
22 putting it together.

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666

```
 1        Q    Did you write the position paper?
 2        A    With his assistance, yes.
 3        Q    What was Omni's position?
 4        A    That she had resigned from her position.
 5        Q    Did they disagree that there was
 6   anything discriminatory about her not getting the
 7   job?
 8        A    Did they disagree?
 9        Q    Was your position that she had not been
10   discriminated against?
11        A    Yes.
12        Q    And what was the basis for that opinion,
13   for that position?
14        A    It was based on the facts that were
15   reviewed at the time.  Procedures were followed and
16   the most qualified candidate was hired for that
17   position.
18        Q    You say you wrote the position paper
19   with Chuck Wing's assistance.  Correct?
20        A    [Gestures.]
21        Q    Can you say that out loud?
22        A    Yes, that is correct.
```

```
 1        Q    Did anyone else help you?
 2        A    No.
 3        Q    How was the EEOC charge for Sandra
 4   Taylor resolved?
 5        A    We attended mediation.
 6        Q    What happened there?
 7        A    There was no resolution.
 8        Q    Was Sandra Taylor there?
 9        A    Yes, she was.
10        Q    Did you attend?
11        A    Yes, I did.
12        Q    Did anyone else attend?
13        A    Chuck Wing attended.
14        Q    Just the three of you?
15        A    Yes.
16        Q    Do you remember if Sandra had counsel?
17        A    I do not remember.
18        Q    Did you have counsel?
19        A    No.
20        Q    The mediation was not successful?
21        A    No.
22        Q    When you first went to work for Omni,
```