**EMPLOYMENT LAW GROUP, PLLC**
A PRACTICE GROUP OF NOTO & OSWALD, PC
SUITE 920
1850 M STREET, N.W.
WASHINGTON, D.C. 20036-5820
(202) 331-2883
FAX: (202) 261-2835

KENNETH H. FAILS, II
DIRECT DIAL (202) 261-2810
KFAILS@EMPLOYMENTLAWGROUP.NET

ADMITTED IN VA AND PA
(PRACTICE IN D.C. LIMITED TO
MATTERS AND PROCEEDINGS BEFORE
FEDERAL COURTS AND AGENCIES)

September 25, 2001

**VIA HAND DELIVERY**

Director
Office of Workers Compensation
District of Columbia Government
77 P Street, NW, 2nd Floor
Washington DC 20020

    Re:  Claim of Tawfik Boulos for Workers Compensation Benefits, including pay and medical treatment

Dear Sir/Madam:

    I am writing on behalf of Mr. Tawfik Boulos and his claim for Workers Compensation benefits pursuant to DC Code §32-1501, *et seq.* Mr. Boulos was originally injured on June 6, 2001. He informed his employer, the Omni Shoreham Hotel, 2500 Calvert Street, NW, of the injury on June 7, 2001. His employer directed him to fill out an internal incident report, and then sent him to the George Washington University Hospital Emergency Room for treatment. The employer handled this as an internal temporary disability issue, but subsequently refused to pay for certain treatment options, and ultimately refused to continue paying Mr. Boulos any pay or benefits, and required him to return to work. Since this was never filed with your offices, Mr. Boulos had no recourse.

    It is our opinion that this is properly a Workers Compensation Claim, and it should have been filed by the employer upon their notice of the injury. There is no prejudice to the employer for this late filing of the Notice and Claim, as they had actual notice of the injury within three days of the incident, as required by the Act.

002205

**EMPLOYMENT LAW GROUP, PLLC**
A PRACTICE GROUP OF NOTO & OSWALD, PC

Director
Office of Workers Compensation
September 25, 2001
Page 2

    As Mr. Boulos cannot receive treatment for his injuries, and his employer has since terminated his employment for his physical inability to perform his work, Mr. Boulos now has no source of income, nor any prospect for receiving the treatment he needs due to this injury. I would ask that this claim be expedited to the greatest extent possible.

    Please note that I am mailing copies of the Notice of Accidental Injury, as well as the Employee's Claim Application, to the employer, on this date.

    Additionally, please copy this office on any correspondence which is generated as a result of this claim. I would also appreciate some form of confirmation that this claim has been made, either by a date-stamped copy of the claim, or some other confirmation of receipt.

    I appreciate your time and consideration in this matter.

                             Sincerely,
                             Employment Law Group, PLLC
              By:
                             Kenneth H. Fails, II

encl.    Employee's Notice of Accidental Injury
            Employee's Claim Application

cc:  Mr. Tawfik Boulos

002206

NUTU & USWALD, P.C.                              202 261 2835      P.03

DISTRICT OF COLUMBIA GOVERNMENT
OFFICE OF WORKERS COMPENSATION
P.O. BOX 56098
WASHINGTON, D.C. 20011
(202) 576-6265

Date of This Report

Employee Social Security Number 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

Employer Identification Number

Insurer Number

**Warning:** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

## EMPLOYEE'S CLAIM APPLICATION

| Employee Name and Address: | Employer Name and Address: | Insurer Name and Address: |
|---|---|---|
| TAWFIK BOULOS 6200 WESTCHESTER PARK DRIVE APT# 1712 COLLEGE PARK, MD 20740 | OMNI SHOREHAM HOTEL 2500 CALVERT ST N.W WASHINGTON, DC 20008 | ZURICH AMERICAN INSURANCE CO. P.O BOX 28777 BALTIMORE, MD 21240 |

### NOTICE TO EMPLOYER/INSURER

A CLAIM FOR WORKERS COMPENSATION BENEFITS HAS BEEN FILED WITH THIS OFFICE. YOU HAVE 14 DAYS FROM THE RECEIPT OF THIS NOTICE IF YOU HAVE NO PREVIOUS KNOWLEDGE OF INJURY OR ITS RELATIONSHIP TO EMPLOYMENT, TO BEGIN VOLUNTARY PAYMENTS OF WORKERS COMPENSATION BENEFITS TO THE ABOVE NAMED EMPLOYEE, OR YOU MUST FILE A NOTICE OF CONTROVERSION, MEMO OF DENIAL OF BENEFITS, FORM NO. 11 DCWC WITH THIS OFFICE. FAILURE TO PAY BENEFITS, UNLESS YOU CONTROVERT THE EMPLOYEE'S RIGHT TO BENEFITS, WILL SUBJECT YOU TO PENALTIES UNDER THE ACT. YOU SHOULD CONTACT YOUR INSURER IMMEDIATELY.

Date and Time of Injury 06-06-01  5:00 am/pm?   Office Representative
Place where injury occurred: RAMP IN AREA ADJACANT TO HOUSEKEEPING DEPT. AT OMNI SHOREHAM
Description of Injury: HERNIATED DISK (LOW BACK INJURY)

THIS IS TO NOTIFY YOU

Employer OMNI SHOREHAM HOTEL

That while in the employ of the above named employer I sustained a disabling injury ☒ or contracted an occupational disease ☐ as described above. The disability was caused by: PUSHING HEAVY LINEN CARTS UP A RAMP ON THE MORNING OF 06-06-01 AT THE OMNI SHOREHAM HOTEL

Treating Physicians Name and Address
WARREN D. YU, M.D.  DEPARTMENT OF ORTHOPAEDIC SURGERY
GEORGE WASHINGTON UNIVERSITY MEDICAL FACULTY
2150 PENNSYLVANIA AVENUE, NW WASHINGTON, DC 20037

YOU SHOULD HAVE ALREADY FILED OR SHOULD FILE EMPLOYEES NOTICE OF ACCIDENTAL INJURY OR OCCUPATIONAL DISEASE, FORM NO. 7 DCWC.

I HAVE FILED THIS CLAIM WITH THE OFFICE OF WORKERS COMPENSATION.

_____
(Employee's Signature)

002207

NUID & OSWALD, P.C.                                              202 261 2835      P.02

DISTRICT OF COLUMBIA GOVERNMENT
OFFICE OF WORKERS COMPENSATION
P.O. BOX 56098
WASHINGTON, D.C. 20011
(202) 576-6265

Date of This Report

Employee Social Security Number  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

Employer Identification Number

Insurer Number

*Warning: It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the Insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.*

## EMPLOYEE'S
## NOTICE OF ACCIDENTAL INJURY OR OCCUPATIONAL DISEASE

| Employee Name and Address: | Employer Name and Address: | Insurer Name and Address: |
|---|---|---|
| TAWFIK BOULOS 6200 WESTCHESTER PARK DRIVE APT # 1712 COLLEGE PARK, MD 20740 | OMNI SHOREHAM HOTEL 2500 CALVERT ST N.W WASHINGTON D.C 20008 | ZURICH AMERICAN INSURANCE CO. P.O BOX 28777 BALTIMORE, MD 21240 |

### NOTICE TO EMPLOYER/INSURER

YOU MUST FILE THIS REPORT WITHIN 30 DAYS AFTER YOU BECOME AWARE OF AN ACCIDENTAL INJURY OR OCCUPATIONAL DISEASE AND ITS RELATIONSHIP TO YOUR JOB. ONE COPY SHOULD BE MAILED TO THE D.C. GOVERNMENT, OFFICE OF WORKERS COMPENSATION AT THE ABOVE ADDRESS, ONE COPY SHOULD BE MAILED OR DELIVERED TO YOUR EMPLOYER, AND ONE COPY SHOULD BE RETAINED FOR YOUR RECORDS. IN ORDER TO PRESERVE YOUR RIGHTS UNDER THE LAW, YOU MUST FILE A CLAIM FORM NO. 7A DCWC, WHICH CAN BE OBTAINED FROM YOUR EMPLOYER, FROM THE OFFICE OF WORKERS COMPENSATION, OR FROM THE DEPARTMENT OF EMPLOYMENT SERVICES WEB SITE.

Date and Time of Injury  06/06/01    5:00 - 5:30 AM
am/pm?

Place where injury occurred: RAMP IN AREA ADJACENT TO HOUSEKEEPING AT OMNI SHOREHAM HOTEL.

Description of Injury: HERNIATED DISK (LOW BACK INJURY)

THIS IS TO NOTIFY YOU

THAT I __TAWFIK BOULOS__  Employer __OMNI SHOREHAM__, while in your employ, sustained an injury ☒ or contracted an occupational disease ☐ as described above, caused by:

PUSHING HEAVY LINEN CARTS UP THE RAMP ON THE MORNING OF 06/06/01 AT THE OMNI SHOREHAM HOTEL.

Treating Physicians Name and Address
WARREN D. YU, M.D.
THE DEPARTMENT OF ORTHOPAEDIC SURGERY
The GEORGE WASHINGTON UNIVERSITY MEDICAL FACULTY
2150 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20037

(Employee's Signature)

002208