

**ZURICH**

August 24, 2001

Tawfik Boulos
6200 W Chester Pk Dr, Apt 1712
College Park, MD  20740

RE:    Claim #:        2660155672-001
       Insured:        Omni Shoreham Hotel
       Date of Loss:   06/06/01
       Claimant:       Tawfik Boulos

**Zurich North America**

**Claims**
P.O. Box 195008
Charlotte, NC
28219-5008

Telephone (800) 808-6412
Fax (704) 367-5361
http://www.zurichna.com

Dear Mr. Boulos:

Although I have tried to contact you to discuss your claim I have not been successful; no one answers the phone and you do not have an telephone answering system in place.

We are in receipt of Dr. Gordon's independent medical report that summarizes examination of you. Based on the exam, it is his opinion that any problems you may be experiencing with your back are due to degenerative conditions and are not a result of your injury at work. As such:

1. You are being returned to work, immediately. Your employer has been advised of your ability to return to work.
2. We will not authorize any additional medical treatment.
3. Your temporary total disability benefits will be paid through today, 8/24/01. I will not be paying any additional benefits after this date.

I would have preferred to discuss this with you by phone but, again, my efforts to reach you have been unsuccessful. Should you have any further questions regarding this matter, please contact me to discuss.

Very truly yours,
Zurich Insurance Company

*Karen Treciak*

Karen Treciak
Claim Specialist
(410) 527-3089