IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA TAYLOR, and TAWFIK BOULOS,<br><br>Plaintiff,<br><br>v.<br><br>OMNI HOTELS MANAGEMENT CORPORATION, and OMNI HOTELS CORPORATION,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO.<br>) 1:05-CV-1175 (HHK) (AK)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### PROPOSED ORDER DENYING PLAINTIFF'S MOTION TO COMPEL DISCOVERY AND GRANTING DEFENDANTS' MOTION FOR PROTECTIVE ORDER

COME NOW Defendants, requesting that Plaintiff's Motion to Compel Discovery be denied on the basis that the documents in question are privileged as work product and attorney-client communication, and requesting that Defendants' Motion for Protective Order be granted.

Plaintiff's Motion to Compel Discovery is hereby DENIED.

Defendants' Motion for Protective Order is hereby GRANTED.

The Court ORDERS Defendants, within thirty (30) days, to provide a list of documents to the Plaintiff that Defendants claim are privileged. Plaintiff shall return any such documents in his possession within ten (10) days of receiving Defendants' list. If Plaintiff wishes to re-urge his Motion to Compel Discovery, he may do so and the documents in dispute will be submitted to the Court for in-camera inspection.

_____
Magistrate Judge, United States District Court