IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

|  |  |  |
|---|---|---|
| TAWFIK BOULOS | ) | |
| | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| V. | ) | CIVIL ACTION NO. |
| | ) | 1:05-CV-1175-HHK |
| OMNI HOTELS MANAGEMENT, ET. AL | ) | |
| | ) | **Next event:** |
| DEFENDANTS. | ) | **Status Conference** |
| | ) | **October 13, 2006** |

_____

### CONSENT MOTION TO EXTEND TIME TO FILE DISPOSITIVE MOTIONS

The Plaintiff in the above captioned case hereby moves under Rule 6(b) of the Federal Rules of Civil Procedure to extend the time within which to file dispositive motions.   Defendants consent to this extension.

The dispositive motion deadline is currently set for May 31, 2006.  Plaintiff has a motion to compel discovery pending before Magistrate Judge Kay.  Resolution of this motion is necessary before Plaintiff can properly respond to any dispositive motion filed by Defendants.  In addition, Plaintiff's counsel has a trial scheduled during June, in this Court, before Judge Sullivan, which would preclude having sufficient time to thoroughly respond to any dispositive motion filed by Defendant during the original time period.

The parties have conferred as to alternative dates and have agreed upon June 26, 2006, as the new deadline for filing any dispositive motion.   Response times would remain as set forth in this Court's scheduling order: thirty days for any opposition and thirty days for any reply.  This extension will not affect the Court's scheduled status

conference on October 13, 2006.  The parties, however, reserve the right to seek

additional extensions of the new deadline of June 26, 2006, if such extension(s) become

necessary.

Wherefore, Plaintiff requests, and Defendants consent, that the time within

which the parties may file dispositive motions be extended up until June 26, 2006.


Respectfully submitted,


**THE GOLDSMITH LAW FIRM, LLC**


_____/s/_____
Leizer Z. Goldsmith
D.C. Bar No. 419544
Kristen L. Walsh
D.C. Bar No. 495767
1900 L Street, N.W.
Suite 614
Washington, D.C. 20036
202-775-0040


**THE COLES FIRM, PC**


_____/s/_____

Michael E. Coles
State Bar No. 24007025
3838 Oak Lawn Avenue
Suite 1825
Dallas, TX  75219
214-443-7862

**CERTIFICATE OF SERVICE**

I certify that I served by Facsimile the following counsel with one copy of the foregoing Consent Motion To Extend Time To File Dispositive Motions this 15th day of May 2006:

Mike Coles
Lisa T. Edwards
The Coles Firm, P.C.
3838 Oak Lawn Ave, Suite 1825
Dallas, TX 75219
214-443-7832 (phone)
972-692-7145 (fax)
Attorney for Defendants


_____/s/_____

Kristen L. Walsh