IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

| | )
|---|---|
| **TAWFIK BOULOS** | ) |
| | ) |
| | ) |
|     **PLAINTIFF,** | ) |
| | ) |
| V. | )    CIVIL ACTION NO. |
| | )    1:05-CV-1175-HHK |
| **OMNI HOTELS MANAGEMENT, ET. AL** | ) |
| | ) |
|     **DEFENDANTS.** | ) |
_____  )

**PROPOSED ORDER GRANTING THE PARTIES' CONSENT MOTION TO EXTEND TIME TO FILE DISPOSITIVE MOTIONS**

    Come now the parties requesting that this Court extend the deadline to file dispositive motions until June 26, 2006. Any opposition will be filed thirty days after this date. Any reply must be filed within thirty days of the filing date of the opposition. Nothing in this Order shall preclude the parties from seeking additional extensions of time if necessary.

    The parties' consent motion is hereby GRANTED.

_____

District Judge, United States District Court