IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAWFIK BOULOS, § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | CIVIL ACTION NO. 1:05-CV-1175-HHK |
| § | |
| OMNI HOTELS CORP., ET AL, § | |
| § | |
| Defendants. § | |
| § | |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56 and this Court's Local Civil Rule 7(h), Defendants Omni Hotels Management Corporation ("OHMC") and Omni Hotels Corporation ("Omni Corp."), respectfully submit this Motion for Summary Judgment. Defendant Omni Corp. moves for Summary Judgment against Plaintiff Boulos on the grounds that Plaintiff Boulos was never employed by Omni Corp. and, as such, Omni Corp. has no liability for any employment-related acts or omissions alleged by Plaintiff Boulos. Defendants Omni Corp. and OHMC also move for Summary Judgment against Plaintiff Boulos on the grounds that Plaintiff Boulos has no competent summary judgment evidence that he was terminated in retaliation for supporting Sandra Taylor in her charge of racial discrimination in violation of 42 U.S.C. § 1981.

- 2 -

Dated:  June 26, 2006                    Respectfully submitted,

/s/
Michael E. Coles
The Coles Firm, P.C.
3838 Oak Lawn Ave., Suite 1825
Dallas, Texas 75219
214-443-7862 – Telephone
972-692-7145 – Facsimile

/s/
Amy L. Bess, D.C. Bar No. 418985
Sonnenschein Nath & Rosenthal LLP
1301 K Street, NW
Suite 600, East Tower
Washington, DC 20005
202-408-6400 – Telephone
202-408-6399 – Facsimile

Counsel for Defendants Omni Hotels
Management Corp. and Omni Hotels Corp.

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that on June 26, 2006, I caused a copy of the foregoing Defendants' Motion for Summary Judgment, Defendants' Memorandum of Points and Authorities In Support of Their Motion for Summary Judgment, Statement of Material Facts As To Which There Is No Genuine Issue to Be Tried and Exhibits thereto, and Proposed Order to be filed with the Court and served upon the following via the Court's Electronic Case Filing System:

> Leizer Z. Goldsmith
> The GoldSmith Law Firm, LLC
> 1900 L Street, NW Suite 614
> Washington, D.C. 20036
> lgoldsmith@goldsmithfirm.com

                    /s/
         Amy L. Bess