# EXHIBIT C

# In The Matter Of:

*Sandra Taylor, et al.   v.*
*Omni Hotels Management Corp., et al.*

*Deposition of Naseem Siddiqui*
*March 17, 2006*

*Miller Reporting Company*
*735 8th Street, S.E.*
*Washington, DC  20003*
*(202) 546-6666*

*Original File 0317SIDD.TXT, 45 Pages*
*Min-U-Script® File ID: 0773424535*

**Word Index included with this Min-U-Script®**

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

SANDRA TAYLOR, et al.,          :

    Plaintiffs,             :

vs.                             : Civil Action

OMNI HOTELS MANAGEMENT CORP.,   : No.1:05-CV-01175

et al.,                         :

                            : Judge Kennedy

    Defendants.             :

Washington, D.C.

Friday, March 17, 2006

The deposition of NASEEM SIDDIQUI, called for examination by counsel for Plaintiffs in the above-entitled matter, pursuant to Notice, in the offices of The Goldsmith Law Firm, 1900 L Street, N.W., Washington, D.C., convened at 10:17 a.m., before Cathy Jardim, a notary public in and for the District of Columbia, when were present on behalf of the parties:

Page 2

APPEARANCES:

  On behalf of the Plaintiffs:

    KRISTEN L. WALSH, ESQ.

    The Goldsmith Law Firm

    Suite 614

    1900 L Street, N.W.

    Washington, D.C. 20036

    (202) 775-0040

  On behalf of the Defendants:

    MICHAEL E. COLES, ESQ.

    The Coles Firm, P.C.

    Suite 1825

    3838 Oaklawn Avenue

    Dallas, Texas 75219

    (214) 443-7862

CONTENTS

EXAMINATION BY COUNSEL FOR

| WITNESS | PLAINTIFFS | DEFENDANTS |
|---|---|---|
| NASEEM SIDDIQUI | | |
| By Ms. Walsh | 3, 42 | — |
| By Mr. Coles | — | 40 |

(No Exhibits.)

Page 3

PROCEEDINGS

[2] Whereupon,

[3] NASEEM SIDDIQUI

[4] was called for examination by counsel for

[5] Plaintiffs and, having been first duly sworn by the

[6] notary public, was examined and testified as

[7] follows:

[8]     EXAMINATION BY COUNSEL FOR PLAINTIFFS

[9]           BY MS. WALSH:

[10]    Q: Good morning, Mr. Siddiqui. I am Kristen

[11] Walsh. I am counsel for Paul Boulos in this case.

[12]    A: Good morning.

[13]    Q: I see Mr. Coles is here.

[14]    MR. COLES: Mike Coles for Omni Hotels.

[15]           BY MS. WALSH:

[16]    Q: Mr. Coles, is he representing you today?

[17]    A: Yes.

[18]    Q: He is your lawyer?

[19]    A: My company lawyer.

[20]    Q: And could you state your full name for

[21] the record?

[22]    A: Pardon?

Page 4

[1]    Q: Could you state your full name for the

[2] record?

[3]    A: Naseem Akmed Siddiqui.

[4]    Q: Have you spoken to Mr. Coles about this

[5] case?

[6]    A: We spoke about this meeting.

[7]    Q: When did you speak about this meeting?

[8]    A: Day before yesterday afternoon.

[9]    Q: And how long did you talk?

[10]    A: Not more than 15, 20 minutes.

[11]    Q: Where did you talk at?

[12]    A: He is a guest in our hotel, and I met him

[13] in his suite, 580.

[14]    Q: Have you ever been deposed before?

[15]    A: No. This is the first time.

[16]    Q: First time?

[17]    A: Yes.

[18]    Q: Other than speaking to Mr. Coles, have

[19] you prepared for this deposition in any way?

[20]    A: Honestly, I was ready to attend this to

[21] learn what is this because whatever I have to tell,

[22] what I know, so there was no preparation needed.

Case 1:05-cv-01175-HHK   Document 20-7   Filed 06/26/2006   Page 4 of 8

Sandra Taylor, et al. v.
Omni Hotels Management Corp., et al.

Deposition of Naseem Siddiqui
March 17, 200

Page 17

[1] have to train the staff so they know the expected
[2] performance.
[3]   Q: How do you train the staff?
[4]   A: There are programs from the company, new-
[5] hire training, on-the-job training, ongoing
[6] training, training through meetings, changes
[7] update, information, communication.
[8]   Q: What else under the first heading of
[9] cleanliness and maintenance of the hotel?
[10]   A: To ensure — have to do inspections or
[11] have good, comprehensive inspection program in
[12] place.
[13]   Q: Can you expand on that a little bit?
[14]   A: I give you example of VIP rooms. VIP
[15] rooms are to be inspected by director of
[16] housekeeping.
[17]   Q: What would he do when he would inspect a
[18] room?
[19]   A: Go and make sure the room is 100 percent
[20] up to the standards.
[21]   Q: And how would he do that?
[22]   A: If I am housekeeping, I go and physically

Page 18

[1] walk the room, one end, top to bottom, and critique
[2] everything.
[3]   Q: Would he have to lift anything when he
[4] inspected the room?
[5]   A: No. There is no need of lifting. It is
[6] not warehouse.
[7]   Q: Would he have to bend over when he
[8] inspected the room?
[9]   A: In room, I don't. He can sit down. The
[10] only thing you have to see underneath — our beds
[11] not even have bed frames — under the skirt, or on
[12] the bathroom, if you sit down, you see corners,
[13] edges, hairs or any stains around the toilet. But
[14] you don't have to bend.
[15]   Q: What about the maintenance of the hotel,
[16] what does the director of housekeeping have to do
[17] to make sure the maintenance is taken care of?
[18]   A: Very important role. We have to report
[19] all the maintenance and follow-up with engineering.
[20]   Q: So if he saw something that was wrong, he
[21] would call engineering; is that correct?
[22]   A: Yes, and he make sure everybody work with

Page 19

[1] him do the same, for example, supervisors or
[2] managers or housekeepers.
[3]   Q: You said another category of — another
[4] job responsibility would be to hire, train and
[5] manage the staff. I understand hiring. We talked
[6] about training. What do you mean by managing?
[7]   A: When I say managing, you can manage the
[8] task, you can manage the people.
[9]   Q: What would he have to do to manage the
[10] people?
[11]   A: You have to be firm and fair and
[12] consistent.
[13]   Q: Would he meet with the people — I guess
[14] what I am asking is when you say manage, would he
[15] have meetings, would he walk around and talk to
[16] them?
[17]   A: He have to have close contact with his
[18] people, he have to know his people.
[19]   Q: Who are his people?
[20]   A: The staff working under him directly.
[21]   Q: Responding to guest-related issues, what
[22] would that mean — what does that mean?

Page 20

[1]   A: This is all the business, and guest
[2] complaints come on daily basis, or occasionally if
[3] guest not satisfied or if they see any
[4] inconsistency or concern, they report. We have
[5] tracking and we have way to finding out guest
[6] opinion companywide. So whatever comes for
[7] housekeeping, director of housekeeping have to
[8] respond to that, do the research, find out — make
[9] sure it won't happen again, do coaching,
[10] counseling, or training, follow up with the guest,
[11] make sure they satisfied.
[12]   Q: How much time a day would a director of
[13] housekeeping attend meetings, or a week, or however
[14] you need to break it down to answer the question?
[15]   A: It depends on the day. Certain days —
[16] for example, the day we have operations meeting,
[17] which is Wednesday, at least three to four hours
[18] easily.
[19]   Q: Per what, per week, or per day?
[20]   A: Are you asking per week?
[21]   Q: However you just answered. Three to four
[22] hours per week?

Deposition of Naseem Siddiqui,
March 17, 2006

Case 1:05-cv-01175-HHK   Document 20-7   Filed 06/26/2006   Page 5 of 8

Sandra Taylor, et al. v.
Omni Hotels Management Corp., et al.

Page 21

[1] **A:** I was giving you Monday, but I can give
[2] you average weekly. I would say three hours to
[3] four hours per day.
[4] **Q:** Per day?
[5] **A:** Yes.
[6] **Q:** In meetings?
[7] **A:** Yes.
[8] **Q:** What kind of meetings?
[9] **A:** First meeting is with the staff at
[10] morning huddle, 8 to 8:30. Then 8:30 to at least
[11] 9:30, meeting with the management, stand-up huddle
[12] and IP meeting.
[13] **Q:** Okay.
[14] **A:** Then any pre-convention meetings which we
[15] normally, in convention hotels, meet with the
[16] client. Take one hour at least, one and a half
[17] hour. Meeting with employees on their issues,
[18] concerns. Meeting with HR or union about some
[19] follow-up or clarifications or some disputes.
[20] Interviews. Meeting with vendors, sometimes they
[21] come.
[22] **Q:** So you said about three hours a day?

Page 22

[1] **A:** At least.
[2] **Q:** How much time would the director of
[3] housekeeping spend on payroll?
[4] **A:** It depends on the availability of the
[5] staff. When I say that, if we have designated
[6] manager or supervisor who updates the payroll on
[7] daily basis, the director of housekeeping have to
[8] spend time to take the final report before summary
[9] to the accountant, and since housekeeping is the
[10] largest department, have more than 100 employees,
[11] they have to check all the time. It takes like
[12] hour at least, hour and half.
[13] **Q:** Would that be per week?
[14] **A:** Yes, the last day, yes.
[15] **Q:** Would it have been the same — would all
[16] these numbers have been the same at the time Paul
[17] Boulos would be the director of housekeeping,
[18] everything took the same amount of time, the same
[19] job duties — would Paul Boulos, as director of
[20] housekeeping, everything you have described, have
[21] performed all the tasks you just described?
[22] **A:** I am describing director of housekeeping

Page 23

[1] responsibilities.
[2] **Q:** In 2001?
[3] **A:** Every time, everywhere, every year. It
[4] is standard. These are the primary
[5] responsibilities. This is what director of
[6] housekeeping does.
[7] **Q:** No difference between 2001 and 2006?
[8] That is my question.
[9] **A:** Few things to be added, some programs
[10] change time to time. Some meetings different. But
[11] basic requirements remain the same.
[12] **Q:** How much time a day would he spend
[13] ensuring the cleanliness and maintenance of the
[14] hotel?
[15] **A:** At least four hours a day.
[16] **Q:** What about responding to guest-related
[17] issues?
[18] **A:** It depends how many complaints he have to
[19] research. So I can't tell you approximate time.
[20] It depends because sometimes you have to go pull
[21] the file from previous weeks and then follow up,
[22] and then housekeeper not there, you wait when they

Page 24

[1] come and work, you follow up, and arrange meeting.
[2] Sometime union involved. Sometime you follow up.
[3] So I can't tell you how much time.
[4] **Q:** What about hiring, training and managing
[5] the housekeeping staff, can you give me an estimate
[6] of how much time a day you would spend doing that?
[7] **A:** Hiring is not everyday job, so it depends
[8] when we have positions open, how many open, and how
[9] many candidates. I can tell you that if director
[10] of housekeeping interview average two — it can
[11] take 45 minutes to an hour, if there are one day
[12] two interviews.
[13] **Q:** Being that hiring is not an everyday
[14] occurrence, would training and managing the staff
[15] be an everyday occurrence?
[16] **A:** Yes.
[17] **Q:** How much time a day would the director of
[18] housekeeping spend in those tasks?
[19] **A:** I can say hour safely for training and
[20] follow-up, meeting with the staff, or
[21] communication, coaching, counseling, yes, an hour
[22] of the day every day.

Case 1:05-cv-01175-HHK   Document 20-7   Filed 06/26/2006   Page 6 of 8

Sandra Taylor, et al. v.
Omni Hotels Management Corp., et al.

Deposition of Naseem Siddiqui
March 17, 2006

Page 25

[1] Q: How many hours a day does a director of
[2] housekeeping typically work?
[3] A: A good director of housekeeping can't
[4] imagine work less than 12 hours.
[5] Q: How many hours a day do you work?
[6] A: Thirteen, 14. It depends on the day. I
[7] don't feel how much I work because once you are
[8] involved you have responsibilities. We don't
[9] count.
[10] Q: Do you have any idea how many hours a day
[11] Paul Boulos worked?
[12] A: No.
[13] Q: And why don't you know?
[14] A: Only had chance to see him one day in the
[15] office.
[16] Q: Did you ever use Mr. Boulos' computer?
[17] A: No.
[18] Q: Did you ever know of anyone else using
[19] Mr. Boulos' computer?
[20] A: While he was here?
[21] Q: While he was at the Omni Shoreham?
[22] A: No.

Page 26

[1] Q: Do you know who Sandra Taylor is?
[2] A: No. I heard about her. I don't know
[3] her. Never met her.
[4] Q: What have you heard about her?
[5] A: I heard that she used to work in the
[6] laundry department before I joined.
[7] Q: What else?
[8] A: That is all.
[9] Q: Did you ever hear that she claimed that
[10] somebody at Omni harassed and discriminated against
[11] her on the basis of her race?
[12] A: I heard that.
[13] Q: And what did you hear about that?
[14] A: What you said, that kind of — I don't
[15] exactly know the verbiage and allegation, but this
[16] is like harassment, I remember that, or some kind
[17] of discrimination or something because she was
[18] black or something.
[19] Q: Did you ever hear who discriminated
[20] against her?
[21] A: I heard that she accused Said.
[22] Q: And who provided you with this

Page 27

[1] information?
[2] A: I don't recall. I heard, you know. Who
[3] knows what that means? I heard in the department.
[4] Q: Did you ever hear that she had filed an
[5] EEO charge against Omni?
[6] A: I heard something, but I didn't have
[7] details. Somebody told me that she is suing hotel.
[8] Q: Do you know who Jeanne Allen is?
[9] A: Yes.
[10] Q: Who is she?
[11] A: She was director for human resources.
[12] Q: And when was she director of human
[13] resources?
[14] A: She and I attended orientation same day.
[15] Q: So she started the same time you did?
[16] A: That is correct.
[17] Q: Did Jeanne Allen ever talk to you about
[18] Sandra Taylor?
[19] A: Never.
[20] Q: Do you deny that Jeanne Allen talked to
[21] you about Sandra Taylor?
[22] A: No, I don't deny it — sorry. I didn't

Page 28

[1] talk to her. I am sorry.
[2] Q: What about Said, did he ever talk to you
[3] about Sandra Taylor?
[4] A: Yes.
[5] Q: And what did he say?
[6] A: I heard that she was accusing him, like
[7] he said something. I don't exactly remember the
[8] verbiage, but, yes, he spoke to me.
[9] Q: He told you that she had accused him?
[10] A: In conversation, yes.
[11] Q: Did he ever say anything about what kind
[12] of an employee she was?
[13] A: No, we never had discussion on that.
[14] Q: Did he ever say anything to you about
[15] what kind of person she was?
[16] A: No.
[17] Q: So the fact that she accused him of
[18] discrimination or wrong treatment is the only
[19] conversation you ever had about Sandra Taylor with
[20] Said?
[21] A: I didn't have detailed information or
[22] discussion. This I heard from him, maybe at the

Page 33

[1] director of the hotel when I worked there.
[2]  Q: Did he ever talk to you about Sandra
[3] Taylor?
[4]  A: No.
[5]  Q: Other than Sandra Taylor, have you ever
[6] heard of a complaint from another employee alleging
[7] discrimination or harassment?
[8]  A: In the hotel?
[9]  Q: In the hotel.
[10]  A: What do you mean, about some specific
[11] person?
[12]  Q: Let's break it down. Has anyone in
[13] housekeeping ever made a complaint about race or
[14] sex discrimination while you have been there?
[15]  A: No, I can't recall because if it went
[16] maybe to him or other sources — I didn't remember
[17] any issue, something official happened.
[18]  Q: Have you ever been interviewed by human
[19] resources in response to some kind of complaint?
[20]  A: Not related to harassment or sexual
[21] harassment, no.
[22]  Q: What have you been interviewed about?

Page 34

[1]  A: Interview me, they always want
[2] explanation or clarification of the issues, if I go
[3] for complaining, my schedule is like that, or I was
[4] written up unnecessary, those kind of things. They
[5] can call you and talk to you about — clarify the
[6] matter.
[7]  Q: But your testimony is that you have never
[8] been interviewed about discrimination or
[9] harassment?
[10]  A: No.
[11]  Q: Does the hotel have — provide worker's
[12] compensation for its employees?
[13]  A: Can you repeat the question, please?
[14]  Q: Does the Omni Shoreham provide worker's
[15] compensation for the employees — do they have a
[16] worker's compensation program?
[17]  A: Yes.
[18]  Q: And does the Omni Shoreham have a
[19] light-duty program?
[20]  A: Yes, for workmen's comp, yes.
[21]  Q: Can you explain that? What is that?
[22]  A: If person injured on the job, workman's

Page 35

[1] comp, and they come back or brought back to work on
[2] restrictions by their doctors, there is a different
[3] job schedule for those people.
[4]  Q: And what is that different job or
[5] schedule?
[6]  A: It depends what restriction doctor have
[7] based on some — for example, if Dora Padilla, is
[8] the name of the housekeeper, I saw her before she
[9] was injured, she was on workman's comp. She came
[10] back to work, I think she have some injury, which
[11] she was restricted not to lift certain pounds, not
[12] more than 10 pounds, so we changed the job
[13] description for her. She used to do things like
[14] wrapping the toilet tissues, and working with the
[15] uniforms, and those kind of things.
[16]  Q: What about an employee that wasn't
[17] injured on the job? Could you modify that person's
[18] job to accommodate the injury? Say they broke
[19] their arm at home; could you modify their job while
[20] they healed from their injury?
[21]  A: No.
[22]  Q: Not under any circumstances?

Page 36

[1]  A: No.
[2]  Q: Not just a broken arm, I am speaking of
[3] any injury.
[4]  A: I am telling you that if person is
[5] injured and I know that, I will not jeopardize his
[6] health or her health. I will see what doctor says.
[7] If they have broken arm, must have been to doctor
[8] and gotten release to work, and if they are not 100
[9] percent good, they can't come on 100-percent duty,
[10] and there is no part-time work in our department.
[11] That restrict their possibility to work.
[12]  Q: What if the doctor sent them back with
[13] restrictions —
[14]  A: If it is not workmen's comp, no, because
[15] doctor not releasing them 100 percent.
[16]  Q: Would you fire them?
[17]  A: I have no authority to fire or hire
[18] without approval. So it will be matter goes to
[19] human resources. They will deal with that.
[20]  Q: Would the person be fired by human
[21] resources?
[22]  A: If it is unauthorized absence or

Deposition of Naseem Siddiqui
March 17, 2006

Case 1:05-cv-01175-HHK   Document 20-7   Filed 06/26/2006   Page 8 of 8

Sandra Taylor, et al. v.
Omni Hotels Management Corp., et al.

Page 37

[1] whatever, maybe.
[2]  Q: So if a housekeeper broke her arm and
[3] couldn't work for a couple of months, she would be
[4] fired?
[5]  A: I can't tell.
[6]  Q: You can't tell because why?
[7]  A: The reason I say that, it all depends on
[8] the status of employment, how long they be there,
[9] what they qualify for. They have to qualify for
[10] leave of absence and FMLA and everything, and I
[11] remember seeing that if you run out of your options
[12] and your benefits, and you still continue, there is
[13] a voluntary termination, and then you can apply
[14] back when you come back, re-apply, something like
[15] that. I saw that, you don't have a job — I don't
[16] know if they fire them because if you fire them,
[17] you are not eligible for re-work, but I think they
[18] give an option.
[19]  Q: So are you telling me if you are — what
[20] is the word, voluntary termination —
[21]  A: Yes.
[22]  Q: Would you be eligible for rehire?

Page 38

[1]  A: I heard that, because if somebody have
[2] long illness or sickness, and they run out of all
[3] FMLA and all their vacation time and holidays, and
[4] sick leave — if they don't qualify, even they lose
[5] their insurance coverage if you don't work certain
[6] hours.
[7]  Q: Where did you hear about this from?
[8]  A: Human resources, dealing with issues with
[9] the employees.
[10]  Q: Can you think of a specific instance
[11] where this came up, where you had to talk about
[12] voluntary terminations?
[13]  A: I don't recall the name, but a couple of
[14] times, I know that we had discussed this with
[15] different employees. The lady was pregnant, have
[16] some complications, had to take longer time for
[17] pregnancy from the beginning, I think, and —
[18]  Q: Did she ever come back to work?
[19]  A: Yes, she came back to work. I know how
[20] they settle, they came early or they came on time,
[21] but I heard this is the option be used.
[22]  Q: Other than the woman with the pregnancy,

Page 39

[1] can you think of any other times where an employee
[2] was injured, had to leave and then was rehired?
[3]  A: I am not talking about — I don't recall
[4] any injury situation, but this type of situation,
[5] with illness or with pregnancy, but I don't know
[6] any specific about somebody got injured.
[7]  Q: Illness then?
[8]  A: This kind of things.
[9]  Q: How many times has that happened, do you
[10] recall?
[11]  A: This one I remember, but I don't know the
[12] specific name of the person, but I remember
[13] listening to this kind of circumstances.
[14]  Q: I didn't ask you this in the beginning,
[15] but where were you born?
[16]  A: I born in Pakistan.
[17]  Q: And how long have you been in the United
[18] States?
[19]  A: Since January 1988.
[20]  Q: How long did you live in Pakistan?
[21]  A: Since I born until 1988. Forty-nine.
[22]  Q: I may have some follow-up, but I will

Page 40

[1] pass the witness.
[2]  **EXAMINATION BY COUNSEL FOR DEFENDANTS**
[3]  **BY MR. COLES:**
[4]  Q: Mr. Siddiqui, I want to clarify a couple
[5] of things that you said recently. First of all,
[6] with respect to people who are rehired at the
[7] hotel, you mentioned that if they voluntarily
[8] resign, that they can re-apply and come back. Is
[9] that what you testified to, just today?
[10]  A: No, I didn't say exactly this. What I
[11] said that I heard this kind of situation, that you
[12] don't have any FMLA left, you don't have any time
[13] left, so you have to take this voluntary
[14] termination, and when you fit, you bring the
[15] release papers and we rehire you, same kind of
[16] situation, and same thing I heard you don't have
[17] coverage or you buy that, you pay for that, the
[18] COBRA.
[19]  Q: What about the case when somebody is
[20] involuntarily terminated, are they eligible for
[21] rehire, as far as you know?
[22]  A: As far as I know, no.