# EXHIBIT D

jrc                                                                1

JRC

IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - x
                          :
SANDRA TAYLOR, et al.,    :
                          :
        Plaintiffs,       :
                          :
    vs.                   :   Civil Action No.
                          :   1:05-CV-01175
OMNI HOTELS MANAGEMENT    :   Judge Henry Kennedy
CORPORATION, et al.,      :
                          :
        Defendants.       :
                          :
- - - - - - - - - - - - - x

                    Washington, D.C.
                    Thursday, March 16, 2006

        The deposition of RAHWA GHEBREGIORGIS,

called for examination by counsel for the

Plaintiffs in the above-entitled matter, pursuant

to notice, at the offices of the Goldsmith Law

Firm, LLC, 1900 L Street, N.W., Suite 614,

Washington, D.C., convened at 2:40 p.m., before

Jacqueline Richards-Craig, a notary public in and

for the District of Columbia, when were present on

behalf of the parties:

2

APPEARANCES:

On behalf of the Plaintiffs:

    KRISTEN L. WALSH, ESQ.
    Goldsmith Law Firm, LLC
    Suite 614
    1900 L Street, N.W.
    Washington, D.C.  20036
    (202) 775-0040


On behalf of the Defendants:

    MICHAEL E. COLES, ESQ.
    The Coles Firm, P.C.
    Two Turtle Creek
    Suite 1825
    3838 Oaklawn Avenue
    Dallas, Texas  75219
    (214) 443-7862


- - -

C O N T E N T S

|  | EXAMINATION BY COUNSEL FOR | |
| WITNESS | PLAINTIFFS | DEFENDANTS |
| Rahwa Ghebregiorgis | 3 | -- |


- - -

E X H I B I T S

(None marked.)

MILLER REPORTING COMPANY, INC.
735 EIGHTH STREET, S.E.
WASHINGTON, D.C.  20003

jrc

1   distribute the job among their managers, but they

2   need to follow-up for everything that is done

3   properly.  They give the final okay.

4        Q    How much time during the day does a

5   Director of Housekeeping spend inspecting rooms?

6        A    One inspection should take--that's also my

7   experience is what I'm saying, I don't know, it

8   could take more or less, but 10 to 15 minutes a

9   room.

10       Q    And you said it should be five?

11       A    At least five in order for them to know

12  how the hotel looks.

13       Q    So approximately an hour a day?

14       A    Of inspection, yes.

15       Q    Do they inspect anything else?

16       A    Floors.

17       Q    What does that mean?  What do you mean

18  inspect floors?

19       A    Like the hallways, closets.

20       Q    Closets?

21       A    Yes.  Linen closets and trash closets,

22  they have to spot check them if they are in the

1   right condition.

2       Q   How much time a day would a Director of

3   Rooms spend doing that?

4       A   I would say about four hours of their time

5   should be on the floor between the rooms and the

6   hallways and the lobby.

7       Q   About four hours a day?

8       A   On average.

9       Q   Based on your experience, what's the

10  average length of day a Director of Housekeeping

11  works?

12      A   Again, it's different from person to

13  person.  Some may work only 10 hours, some may work

14  only 8 hours, and I have seen people working more

15  than 10 hours.  It depends on what the occupancy

16  is, if everything is finished they have no reason

17  to stay.  It's just all different from person to

18  person.

19      Q   Now, the Assistant Director of

20  Housekeeping, are you familiar with the duties that

21  person would perform?

22      A   Yes, I--to the best of my knowledge I do.

jrc                                                                                                   18

1        Q    What do you mean by public areas?

2        A    The lobby, back of the house.  We have

3    cleaners that come from outside, they meet with

4    them and they walk through to show them what needs

5    to be done because they work overnight and they

6    have to come like twice a week to meet with the

7    Assistant Director to see what needs to be done.

8    They--the Assistant Director of Housekeeping is

9    also responsible for checking behind Managers and

10   Supervisors to do inspections as well.

11       Q    Have you ever seen a Director of

12   Housekeeping assign inspection duties to an

13   Assistant Director?

14       A    Even managers have to do inspections, so

15   we all have to do it and I have not seen them just

16   passing the job to an Assistant.  Assistant has to

17   make five inspections a day so--

18       Q    In addition to the--

19       A    In addition to the Director.  Director

20   will do the inspections just to see where we stand,

21   not to correct people or something like that.

22       Q    Who does the inspections to correct

jrc                                                                              19

1   people?

2       A    That would be supervisors, the Floor

3   Supervisors, and if it's some major issue, the

4   Managers will take over to take steps.

5       Q    Okay.  So Supervisors basically do the

6   bottom level work of making sure each room

7   attendant does what they're supposed to, and it

8   gets less.  The Assistant Director does inspections

9   to check that work and the Director does a few more

10  inspections to check that work.  Is that a correct

11  characterization of what you're telling me?

12      A    Exactly.

13      Q    Do you know who Tawfik Boulos is?

14      A    Yes, I do know him.

15      Q    Did you also know him as Paul Boulos.

16      A    That's the name that I know, Paul Boulos.

17      Q    Okay.

18      A    I would just call him Mr. Boulos.  I don't

19  know about the first name.

20      Q    And how do you know Mr. Boulos?

21      A    He was Director of Housekeeping.

22      Q    And just to be clear for the record, at

1    the time he was Director of Housekeeping what was

2    your position?

3        A    I don't really remember correctly, but I

4    do believe I was Office Coordinator for the PM

5    shift.

6        Q    Actually, let's go back for a minute

7    before we get to Mr. Boulos.  Talking about the

8    room inspections, very specifically, what would a

9    Director of Housekeeping do when he or she

10   inspected a room?

11       A    After finishing inspecting a room?

12       Q    No, no.  A Director of Housekeeping walks

13   up to a door to go inspect a room, would you know

14   how a Director of Housekeeping inspected a room?

15   Have you ever seen a Director of Housekeeping

16   inspect a room?

17       A    Yes.

18       Q    What would happen at an inspection?

19       A    Once they do an inspection, if they find

20   the room--

21       Q    No, no, no.  Still not quite the question

22   that I asked you.  Hypothetically, and then you can

jrc                                                                        21

1   fix any details that are wrong, he would go in, he

2   would look at the bed, he would see if the bathroom

3   was clean.  How would a Director or Housekeeping

4   inspect the room?  What would he look for?

5        A     Okay.  I'll tell you what they do.  They

6   look for dust, hair on the bathroom floor, the bed

7   is made properly, there is no paper products

8   missing, the shears and drapes are clean, the

9   closet is full with the standard hangers and

10  luggage racks and stuff like that.  The bathroom

11  has no deficiency, besides cleaning, as far as

12  maintenance.

13       Q     Would the Director of Housekeeping do a

14  lot of bending when they inspected a room?

15       A     When you do inspections, yes, you do have

16  to do a lot of bending to see if you are checking

17  the room correctly.

18       Q     What would you bend over to check?

19       A     The two things that I would probably bend

20  over to check when I do inspection is under the

21  skirt, if there's any trash under there, and the

22  bathroom floor to see if there is any hair.

jrc

1    about you?

2        A    Not that I'm aware of, no.

3        Q    Are you allowed in your position right now

4    to modify an employee's job duties?

5        A    Make it a little bit clearer.

6        Q    Sure.  Can you change one of your--who do

7    you supervise?

8        A    The PM shift crew.

9        Q    Okay.  And who is the crew again?

10       A    The people that does turndowns and the

11   lobby on the pm shift.

12       Q    Would these be room attendants?  Do you

13   supervise the room attendants?

14       A    Yeah, they are room attendants but we just

15   call them turndown attendants.

16       Q    If a turndown attendant had some kind of

17   physical injury, could you allow them not to

18   perform a specific task?

19       A    If they bring a doctor note that describes

20   that they can't do the duties that they do--I mean,

21   whatever the doctor is giving them a limitation on,

22   if the limitation is less than what their job duty

jrc

32

1  requires, then--and also if the injury is related

2  to the job.  I mean, I can not tell them whether

3  they should be on light duty, and I can't keep them

4  on light duty unless they go to Human Resources

5  with a doctor's note.  And if I am given

6  instruction from Human Resources and my

7  housekeeping director, I'll give them a job that

8  fits.

9     Q    What about if an employee sprains her

10  ankle and needs to work on a few less rooms for a

11  couple of days, can you just make an accommodation

12  that way, or do you have to send them to Human

13  Resources for a note?

14     A    They have to bring a doctor note.  They

15  have to have a doctor note in order for us to give

16  them light duty.

17     Q    Well I'm actually distinguishing between

18  light duty and--

19     A    The room attendants job--I mean, if they

20  have a twisted ankle or they can't walk, then how

21  are they going to do the job?  That's what my

22  question is.  I don't know what you are trying to

*jrc*

1    ask me.

2         Q    Okay.

3              MS. WALSH:   Can we go off the record?

4              [Recess.]

5              MS. WALSH:   I may have some follow-up, but

6    I'm going to pass the witness.

7              MR. COLES:   No further questions.   Read

8    and sign and send to me.

9              (Whereupon, at 3:18 p.m., the taking of

10   the deposition concluded.)

11                        (Signature not waived.)