# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAWFIK BOULOS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> OMNI HOTELS MANAGEMENT ) <br> CORPORATION, ) <br> and ) <br> OMNI HOTELS CORPORATION, ) <br> ) <br> Defendants. ) <br> ) <br> ) <br> ) | CIVIL ACTION NO. <br> 1:05-CV-1175 (HHK) |

## DECLARATION OF JOY ROTHSCHILD

1. My name is Joy Rothschild. I am over the age of 18 years, and I am competent to make this Declaration. Based upon my personal knowledge as an employee of Omni Hotels Management Corporation and discussions with other individuals employed at Omni Hotels Management Corporation, the following facts are true and correct.

2. I am the Senior Vice-President of Human Resources for Omni Hotels Management Corporation where I have worked for twenty-six (26) years. In my position, I oversee all aspects of the employment relationship between Omni Hotels Management Corporation and its employees.

3. Omni Hotels Corporation has no employees. Most Omni Hotels employees are employees of Omni Hotels Management Corporation. In particular, Omni Hotels Management Corporation employs all employees at the Omni Shoreham Hotel, including Plaintiff Tawfik Boulos during his tenure there.

4. Omni Hotels Corporation is not directly involved in Omni Hotels Management

Corporation's daily decisions related to production, distribution, marketing, and/or advertising. Such is the case because Omni Hotels Corporation has no employees and thus there is no one to be involved in these daily decisions.

5. Omni Hotels Corporation and Omni Hotels Management Corporation do not share services, records, and/or equipment. Omni Hotels Corporation has no office space or employees that would necessitate these things. Additionally, since Omni Hotels Corporation acts merely as a holding company for other Omni Hotels entities, Omni Hotels Corporation has no need for these things.

6. Omni Hotels Corporation and Omni Hotels Management Corporation do not have commingled bank accounts, accounts receivable, inventories, and/or credit lines. There is nothing to commingle since Omni Hotels Corporation has no accounts receivable, inventories, and/or credit lines.

7. Omni Hotels Corporation does not issue any paychecks. More specifically, Omni Hotels Corporation does not issue any paychecks to the employees of any Omni Hotel.

8. Omni Hotels Corporation does not purchase all of Omni Hotel Management Corporation's materials and supplies. In fact, Omni Hotels Corporation does not purchase any of Omni Hotel Management Corporation's materials and supplies.

9. Omni Hotels Corporation does not participate in the employee performance evaluations for Omni Hotel Management Corporation's employees. There are no employees of Omni Hotels Corporation and thus no one to participate in Omni Hotel Management Corporation's evaluations.

10. Omni Hotels Corporation did not draft nor implement a comprehensive employment policy used by Omni Hotels Management Corporation. Again, Omni Hotels

Corporation has no employees and thus no one to draft such a policy. Omni Hotels Corporation is merely a holding company.

11. Omni Hotels Corporation does not have influence and/or control over the transfer or promotion opportunities of Omni Hotels Management Corporation's employees.

12. Omni Hotels Corporation does not control the day-to-day employment decisions of Omni Hotels Management Corporation.

13. Omni Hotels Corporation does not issue regimented rules regarding employment practices that Omni Hotels Management Corporation is required to follow.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on this 21st day of June 2006.

_____
Joy Rothschild
Omni Hotels Management Corporation
Senior Vice-President Human Resources