IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAWFIK BOULOS, § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | CIVIL ACTION NO. 1:05-CV-1175- |
| § | HHK |
| OMNI HOTELS CORP., ET AL, § | |
| § | |
| Defendants. § | |
| § | |

## [PROPOSED] ORDER

Upon due consideration of Defendants' Motion for Summary Judgment, the record evidence and arguments submitted in support thereof, Plaintiffs' opposition thereto, and the entire record herein,

IT IS, this _____, day of _____, 2006 hereby ORDERED THAT:

1. Defendants' Motion for Summary Judgment is GRANTED, and judgment is hereby entered in favor of Defendants and against the claims of Plaintiff Tawfik Boulos; and

2. The First Amended Complaint is dismissed with prejudice in its entirety.

It is so ORDERED.

_____
Henry H. Kennedy, Jr.
United States District Court Judge

- 2 -

Copies To:

Michael E. Coles
THE COLES FIRM, P.C.
3838 Oak Lawn Ave., Suite 1825
Dallas, Texas 75219

Amy L. Bess
SONNENSCHEIN NATH & ROSENTHAL LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C. 20005

Leizer Z. Goldsmith
THE GOLDSMITH LAW FIRM, LLC
1900 L Street, NW Suite 614
Washington, D.C. 20036
lgoldsmith@goldsmithfirm.com