IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAWFIK BOULOS, )<br>)<br>         PLAINTIFF, )<br>)<br>v. )<br>)<br>OMNI HOTELS MANAGEMENT CORP., )<br>ET. AL, )<br>)<br>         DEFENDANTS. )<br>) | CIVIL ACTION NO.<br>1:05-CV-1175-HHK<br><br>Next Event:<br>Status Conference -<br>October 13, 2006 |

**PLAINTIFF'S CONTESTED MOTION TO ENLARGE TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT UNTIL THIRTY DAYS AFTER COMPLETE DISPOSITION OF PLAINTIFF'S MOTION TO COMPEL AND AFTER DEFENDANTS HAVE PRODUCED ALL DOCUMENTS ORDERED BY THIS COURT**

On June 29, 2006, Judge Kay granted Plaintiff's Motion to Compel, instructed Defendants to produce documents Bates-stamped 2116-2142, and ordered them to resubmit an amended privilege log for further review by the Court within ten days from the entry of the Court's order.  See Docket Entry No. 21.

On June 26, 2006. Defendants filed a motion, seeking summary judgment on all claims.  Docket Entry No. 20.  According to this Court's Scheduling Order, Docket Entry No. 10, Plaintiff's response is currently due on July 26, 2006.   However, Defendants have not yet produced the documents ordered by the Court on June 29, and their counsel, Mr. Coles, has represented to Plaintiff's counsel that they will not be able to inform Plaintiff when the documents will be produced until Friday, July 7, more than a week after this Court's order.  Moreover, Defendants' amended privilege log is due on July 14, 2006, after which the Court must review and rule on whether the contested

documents are, in fact, privileged, and Defendants must thereafter produce any documents ordered by the Court.  Because the time to complete this process could easily extend well beyond Plaintiff's deadline for filing his opposition and Plaintiff cannot respond fully to Defendants' motion without the documents previously ordered produced by the Court and resolution of the Motion to Compel, Plaintiff requests that this Court order that Plaintiff have thirty days to respond to Defendant's Motion for Summary Judgment after the complete resolution of Plaintiff's Motion to Compel and Defendants have produced all additional documents resulting from Plaintiff's successful Motion.

Defendants oppose this motion. Defendants have informed Plaintiff that they will only consent to an extension for a fixed number of days and would consider an additional extension if necessary.  Because Plaintiff cannot anticipate how quickly the Court may rule on Defendants' new privilege log or how long it will actually take Defendants to produce any additional documents ordered to be divulged by this Court, any request for a specific time period would be arbitrary and would most likely lead to yet another motion before this Court to extend the time period to respond.  It is evident that the most efficient manner to address this issue, for both the Court and the parties, is for the Court to set a new deadline in relation to completion of the entire Motion to Compel process.   Accordingly, Plaintiff requests that this Court order that the time for him to respond to Defendants' Motion For Summary Judgment be enlarged until thirty days after this Court has fully ruled on Plaintiff's Motion to Compel and Defendants inform Plaintiff that they have completed production of any additional documents ordered by this Court.

Respectfully submitted,

THE GOLDSMITH LAW FIRM, LLC

/s/
_____
Leizer Z. Goldsmith (D.C. Bar No. 419544)
Kristen L. Walsh (D.C. Bar No. 495767)
1900 L Street, N.W., Suite 614
Washington, D.C. 20036
Telephone: (202) 775-0040
Facsimile: (202) 775-0005

Attorneys for Plaintiff Tawfik Boulos

**CERTIFICATE OF SERVICE**

      I certify that I served by Electronic and First Class Mail, Postage Prepaid, the following counsel with one copy of the foregoing Plaintiff's Contested Motion To Enlarge Time To Respond To Defendants' Motion For Summary Judgment Until Thirty Days After Complete Disposition Of Plaintiff's Motion To Compel And After Defendants Have Produced All Documents Ordered By This Court this 6th day of July 2006:

Mike Coles, Esq.
Lisa T. Edwards, Esq.
The Coles Firm, P.C.
3838 Oak Lawn Ave, Suite 1825
Dallas, TX 75219
214-443-7832 (phone)
972-692-7145 (fax)
Attorneys for Defendants

                    _____/s/_____
                    Kristen L. Walsh