IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**TAWFIK BOULOS**                   )
                                    )
                                    )
    **PLAINTIFF,**                  )
                                    )
V.                                  )   CIVIL ACTION NO.
                                    )   1:05-CV-1175-HHK
**OMNI HOTELS MANAGEMENT CORP.**    )
**ET. AL**                          )
                                    )
    **DEFENDANTS.**                 )
_____ )


**PROPOSED ORDER GRANTING PLAINTIFF'S CONTESTED MOTION TO ENLARGE TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT UNTIL THIRTY DAYSAFTER COMPLETE DISPOSITION OF PLAINTIFF'S MOTION TO COMPEL AND AFTER DEFENDANTS HAVE PRODUCED ALL DOCUMENTS ORDERED BY THIS COURT**

COMES NOW the Plaintiff, requesting that this Court order that Plaintiff have thirty days to respond to Defendant's Motion for Summary Judgment after the complete resolution of Plaintiff's Motion to Compel and Defendants have produced all additional documents resulting from Plaintiff's Motion.

Plaintiff's Motion is Hereby **GRANTED.**

Plaintiff's opposition to Defendant's Motion For Summary Judgment is due thirty (30) days after the date this Court has fully ruled on Plaintiff's Motion to Compel and Defendants have produced all additional documents resulting from Plaintiff's Motion.


_____
District Judge, United States District Court

Case 1:05-cv-01175-HHK   Document 22-2   Filed 07/06/2006   Page 2 of 2