IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAWFIK BOULOS, )<br>)<br>     PLAINTIFF, )<br>)<br>v. )<br>)<br>OMNI HOTELS MANAGEMENT CORP., )<br>ET. AL, )<br>)<br>     DEFENDANTS. )<br>) | CIVIL ACTION NO.<br>1:05-CV-1175-HHK<br><br>Next Event:<br>Status Conference -<br>October 13, 2006 |

## NOTICE OF APPEARANCE

Please enter the appearance of Kristen L. Walsh, Esq., a member in good standing of the bar of this Court, on behalf of the Plaintiff in the above-captioned case. This shall be in addition to existing counsel.

Please note that Kristen Walsh's office address is: The Goldsmith Law Firm, LLC, 1900 L Street, NW, Suite 614, Washington, DC 20036.  Her D.C. Bar Number is 495767.

Respectfully submitted,

THE GOLDSMITH LAW FIRM

_____
Leizer Z. Goldsmith (D.C. Bar No. 419544)
1900 L Street, N.W., Suite 614
Washington, D.C. 20036
Telephone: (202) 775-0040
Facsimile: (202) 319-0798
Attorney For Tawfik Boulos

**CERTIFICATE OF SERVICE**

      I certify that I served by Electronic and First Class Mail, Postage Prepaid, the following counsel with one copy of the foregoing notice this 11th day of July 2006:

Mike Coles, Esq.
Lisa T. Edwards, Esq.
The Coles Firm, P.C.
3838 Oak Lawn Ave, Suite 1825
Dallas, TX 75219
214-443-7832 (phone)
972-692-7145 (fax)
Attorneys for Defendants


_____/s/_____

Kristen L. Walsh