**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TAWFIK BOULOS, § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | CIVIL ACTION NO. 1:05-CV-1175-HHK |
| § | |
| OMNI HOTELS CORP., ET AL, § | |
| § | |
| Defendants. § | |
| § | |

## DEFENDANTS' THIRD AMENDED PRIVILEGE LOG

COME NOW, Defendants Omni Hotels Management Corporation ("OHMC") and Omni Hotels Corporation ("Omni Hotels") (collectively hereinafter "Defendants"), and file this Third Amended Privilege Log. Defendants' Privilege Log is attached hereto as Exhibit A.

Dated: July 14, 2006                Respectfully submitted,

　　　　　　　　　　　　　　　　　　　  /s/  Amy L. Bess
　　　　　　　　　　　　　　　　　Amy L. Bess, D.C. Bar No. 418985
　　　　　　　　　　　　　　　　　Sonnenschein Nath & Rosenthal LLP
　　　　　　　　　　　　　　　　　1301 K Street, NW
　　　　　　　　　　　　　　　　　Suite 600, East Tower
　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　202-408-6400 – Telephone
　　　　　　　　　　　　　　　　　202-408-6399 – Facsimile
　　　　　　　　　　　　　　　　　abess@sonnenschein.com

　　　　　　　　　　　　　　　　　　　  /s/  Michael E. Coles
　　　　　　　　　　　　　　　　　Michael E. Coles
　　　　　　　　　　　　　　　　　The Coles Firm, P.C.
　　　　　　　　　　　　　　　　　3838 Oak Lawn Ave., Suite 1825
　　　　　　　　　　　　　　　　　Dallas, Texas 75219
　　　　　　　　　　　　　　　　　214-443-7862 – Telephone
　　　　　　　　　　　　　　　　　972-692-7145 – Facsimile
　　　　　　　　　　　　　　　　　mikec@colesfirm.com

　　　　　　　　　　　　　　　　　Counsel for Defendants Omni Hotels
　　　　　　　　　　　　　　　　　Management Corp. and Omni Hotels Corp.

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2006, I caused a copy of the foregoing Defendants' Third Amended Privilege Log to be filed with the Court and served upon the following via the Court's Electronic Case Filing System:

>Leizer Z. Goldsmith
>Kristen L. Walsh
>The GoldSmith Law Firm, LLC
>1900 L Street, NW Suite 614
>Washington, D.C. 20036
>lgoldsmith@goldsmithfirm.com


>_____/s/  Amy L. Bess_____
>Amy L. Bess