**EXHIBIT A**

| Document Prepared By | Document Delivered To | Description of Document | Bates Nos. | Date Document Prepared | Basis of Privilege |
|---|---|---|---|---|---|
| Jamie DeSisto, legal counsel to Omni Hotel Management Corp. and Zurich American Insurance | Jean Allen, Dir. of Human Resources and Stacy Jackson, Human Resources Asst. | Fax regarding draft of responses to Interrogatories | 1629 - 1633 | 3/12/2002 | Responsive to Plaintiff's Request for documents related to Plaintiff; Attorney-Client Privilege applies as document was sent by legal counsel to client for comment and correction |
| Jamie DeSisto, legal counsel to Omni Hotel Management Corp. and Zurich American Insurance | Jean Allen, Dir. of Human Resources; Tamiko Winston, Sr. Claim Specialist for Zurich America Insurance | Letter regarding Appeal of Denial of Workers Compensation benefits | 2086 - 2090 | 7/25/2002 | Responsive to Plaintiff's Request for documents related to Plaintiff; Attorney-Client Privilege applies as document was between counsel and clients |
| Jean Allen | To File | Notes regarding former employee's history with Omni Shoreham Hotel | 2385-2387 | Undated | Responsive to Plaintiff's Request for documents related to other charges at the Omni Shoreham Hotel; Work Product Privilege applies as document was prepared to respond to formal Charge |

| Document Prepared By | Document Delivered To | Description of Document | Bates Nos. | Date Document Prepared | Basis of Privilege |
|---|---|---|---|---|---|
| Charles Wing, Reg. Dir. of Human Resources | Jean Allen, Dir. of Human Resources | Email in response to issues raised by former employee in Charge of Discrimination (contains questions and answers between Charles Wing, Jean Allen, Peter Austin and Carrie Combs | 2309 - 2310 | 8/15/2001 | Responsive to Plaintiff's Request for documents related to other charges at the Omni Shoreham Hotel; Work Product Privilege applies as document was prepared to respond to formal Charge |
| Charles Wing, Reg. Dir. of Human Resources | Jean Allen, Dir. of Human Resources; Peter Austin, Gen. Mgr.; Carrie Combs, Human Resources Asst. | Email between Human Resources staff regarding response to EEOC Charge of Discrimination by former employee | 2395 - 2396 | 8/15/2001 | Responsive to Plaintiff's Request for documents related to other charges at the Omni Shoreham Hotel; Work Product Privilege applies as document was prepared to respond to formal Charge |
| Ned Webster, Dir. of Human Resources | Michael Coles, counsel to Omni Hotels | Email regarding search for documents from 2001 responsive to Plaintiff's Request for Production | 0418 | Undated | Responsive to Plaintiff's Request for documents related to Plaintiff; Attorney-Client Privilege applies as document was between counsel and clients |

| Document Prepared By | Document Delivered To | Description of Document | Bates Nos. | Date Document Prepared | Basis of Privilege |
|---|---|---|---|---|---|
| Ned Webster, Dir. of Human Resources | Joy Rothschild, VP of Human Resources; Paul Jorge, Asst Gen. Counsel for Omni Hotels; Michael Coles, counsel to Omni Hotels | Emails regarding search for documents from 2001 responsive to Plaintiff's Request for Production | 0419 – 0424 | Printed 10/28/2005; emails from June and July 2005 | Responsive to Plaintiff's Request for documents related to Plaintiff; Attorney-Client Privilege applies as document was between counsel and clients |
|  | To File | Notes of conversation regarding appeal of decision of DC Workers Compensation Board | 2116 | 12/28/2001 | Responsive to Plaintiff's Request for documents related to Plaintiff; Work Product Privilege applies as document reflects decision-making analysis affecting ongoing litigation |
| Jean Allen, Dir. of Human Resources | Charles Wing, Reg. Dir. of Hum. Res.; Peter Austin, Gen. Mgr., Carrie Combs, Human Resources Asst | Email between Human Resources staff regarding response to EEOC Charge of Discrimination by former employee (contains text of questions asked by C. Wing and responses from J. Allen) | 2307 | 8/13/2001 | Responsive to Plaintiff's Request for documents related to other charges at the Omni Shoreham Hotel; Work Product Privilege applies as document was prepared to respond to formal Charge |

| Document Prepared By | Document Delivered To | Description of Document | Bates Nos. | Date Document Prepared | Basis of Privilege |
|---|---|---|---|---|---|
| Charles Briggs, Comptroller | Charles Wing and Jean Allen | Email in response to issues raised by former employee in Charge of Discrimination | 2308 | 8/16/2001 | Responsive to Plaintiff's Request for documents related to other charges at the Omni Shoreham Hotel; Work Product Privilege applies as document was prepared to respond to formal Charge |
| Jean Allen | To File | Notes of Mediation (including offers and counter-offers) | 2382 | 11/21/2002 | Responsive to Plaintiff's Request for documents related to other charges at the Omni Shoreham Hotel; Work Product Privilege applies as document was prepared during processing of formal Charge |
| Jean Allen, Dir. of Human Resources | Charles Wing, Reg. Dir. of Human Resources | Email regarding similarly-situated employees in response to Charge of Discrimination by former employee | 2383 | 8/14/2001 | Responsive to Plaintiff's Request for documents related to other charges at the Omni Shoreham Hotel; Work Product Privilege applies as document was prepared to respond to formal Charge |
| Jean Allen, Dir. of Human Resources | Charles Wing, Reg. Dir. of Human Resources | Emails regarding hiring and promotion decisions affecting former employee | 2384 | 8/15/2001 | Responsive to Plaintiff's Request for documents related to other charges at the Omni Shoreham Hotel; Work Product Privilege applies as document was prepared to respond to formal Charge |

| Document Prepared By | Document Delivered To | Description of Document | Bates Nos. | Date Document Prepared | Basis of Privilege |
|---|---|---|---|---|---|
| Ned Webster, Dir. of Human Resources | Paul Jorge, Asst. Gen. Counsel for Omni Hotels Management Corp. | Notes To File and emails from Jean Allen regarding Paul Boulos | 1818 – 1827<br><br>0392 is the same cover page | 2/23/2005 | Responsive to Plaintiff's Request for documents related to Plaintiff; Attorney-Client Privilege applies as document was sent to in-house counsel; Work Product Privilege applies to underlying notes and emails as documents were prepared (1) to respond to formal Charge filed by Sandra Taylor and (2) in anticipation of Plaintiff's appeal of the denial of Plaintiff's claim for Workers Compensation benefits |
| Gerry Bennet, Human Resources Asst | Stan Williams, Risk | Letter forwarding documents from Jamie DeSisto (original documents from Jamie DeSisto to Tamiko Winston and Jean Allen, enclosing Order from D.C. Workers Compensation Appeals Board and providing advice and suggestions) | 2091 – 2099 | 6/13/2002 | Responsive to Plaintiff's Request for documents related to Plaintiff; Attorney-Client Privilege applies to underlying documents as documents were prepared during Plaintiff's appeal of the denial of Plaintiff's claim for Workers Compensation benefits and were between counsel and clients |

| Document Prepared By | Document Delivered To | Description of Document | Bates Nos. | Date Document Prepared | Basis of Privilege |
|---|---|---|---|---|---|
| Jamie DeSisto, legal counsel to Omni Hotel Management Corp. and Zurich American Insurance | Jean Allen, Dir. of Human Resources; Tamiko Winston, Sr. Claim Specialist for Zurich America Insurance | Letter enclosing Order from D.C. Workers Compensation Appeals Board and providing advice and suggestions | 2100 – 2107 | 5/30/2002 | Responsive to Plaintiff's Request for documents related to Plaintiff; Attorney-Client Privilege applies as documents were prepared during Plaintiff's appeal of the denial of Plaintiff's claim for Workers Compensation benefits and were between counsel and clients |
| Jean Allen, Dir. of Human Resources | Jamie DeSisto, legal counsel to Omni Hotel Management Corp. and Zurich American Insurance | Letter forwarding Responses to Interrogatories | 2108 – 2113 | undated | Responsive to Plaintiff's Request for documents related to Plaintiff; Attorney-Client Privilege applies as document was between counsel and clients |
| Jamie DeSisto, legal counsel to Omni Hotel Management Corp. and Zurich American Insurance | Jean Allen, Dir. of Human Resources; Tamiko Winston, Sr. Claim Specialist for Zurich America Insurance | Letter regarding status of Workers Compensation appeal | 2114 – 2115 | 1/31/2002 | Responsive to Plaintiff's Request for documents related to Plaintiff; Attorney-Client Privilege applies as document was between counsel and clients |
| Jean Allen | To File | Notes taken during mediation of former employee's Charge of Discrimination | 2388 – 2394 | 8/22/2001 | Responsive to Plaintiff's Request for documents related to other charges at the Omni Shoreham Hotel; Work Product Privilege applies as document was prepared during processing of formal Charge |