IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAWFIK BOULOS, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 1:05-CV-1175-HHK |
| OMNI HOTELS MANAGEMENT CORP., | ) |
| ET. AL, | ) Next Event: |
| | ) Status Conference - |
| | ) October 13, 2006 |
| DEFENDANTS. | ) |

### NOTICE REGARDING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE/REPLY TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

On July 6, 2006, Plaintiff filed a motion requesting an extension of time to file his response to Defendants' Motion for Summary Judgment. [Doc. No. 22]. Defendants have opposed that Motion. [Doc. No. 25]. On July 20, 2006, Judge Kay filed an Order requiring Defendants to produce additional documents to Plaintiff by the close of business on July 25, 2006. Judge Kay also ordered Defendants to produce documents for an *in camera* inspection, also by the close of business on July 25, 2006. [Doc. No. 27.]

The current deadline for Plaintiff's Opposition/Response To Defendants' Motion For Summary Judgment is July 26, 2006. Plaintiff has no additional arguments to add to the contentions set forth in Plaintiff's Motion For Extension Of Time To File Response/Reply to Defendants' Motion For Summary Judgment, [Doc. No. 22], and, therefore, files this Notice to inform the Court of his intention to forego a reply brief. Because the deadline for Plaintiff's Response to Defendants' Motion For Summary Judgment is on July 26, 2006, only two days after the date of this Notice, and it would be

impossible in time available pursuant to the existing deadline for Plaintiff's Opposition for Judge Kay to conduct an i*n camera* inspection, Defendants to produce documents after such inspection, and Plaintiff to have a meaningful opportunity to review and incorporate such materials into his Opposition to the Motion for Summary Judgment, Plaintiff requests an expedited ruling, granting his Motion for Extension of Time.

    Respectfully submitted,

    THE GOLDSMITH LAW FIRM, LLC

    /s/
    _____
    Leizer Z. Goldsmith (D.C. Bar No. 419544)
    Kristen L. Walsh (D.C. Bar No. 495767)
    1900 L Street, N.W., Suite 614
    Washington, D.C. 20036
    Telephone: (202) 775-0040
    Facsimile: (202) 775-0005

    Attorneys for Plaintiff Tawfik Boulos

**CERTIFICATE OF SERVICE**

      I certify that I served by Electronic and First Class Mail, Postage Prepaid, the following counsel with one copy of the foregoing Notice Regarding Plaintiff's Motion For Extension Of Time To File Response/Reply To Defendants' Motion For Summary Judgment this 24th day of July 2006:

Mike Coles, Esq.
Lisa T. Edwards, Esq.
The Coles Firm, P.C.
3838 Oak Lawn Ave, Suite 1825
Dallas, TX 75219
214-443-7832 (phone)
972-692-7145 (fax)
Attorneys for Defendants


                                                Kristen L. Walsh