IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAWFIK BOULOS,<br><br>    PLAINTIFF,<br><br>v.<br><br>OMNI HOTELS MANAGEMENT CORP., ET. AL,<br><br>    DEFENDANTS. | CIVIL ACTION NO.<br>1:05-CV-1175-HHK<br><br>Next Event:<br>Status Conference -<br>October 13, 2006 |

**NOTICE OF WITHDRAWAL OF KRISTEN L. WALSH AS COUNSEL IN CASE**

This is inform the Court and all parties that Kristen L. Walsh is leaving the Goldsmith Law Firm and is withdrawing as counsel for Plaintiff Tawfik Boulos in the above-captioned case. Leizer Z. Goldsmith will continue as lead counsel for Plaintiff.

Respectfully submitted,

THE GOLDSMITH LAW FIRM, LLC

_____
Leizer Z. Goldsmith (D.C. Bar No. 419544)
Kristen L. Walsh (D.C. Bar No. 495767)
1900 L Street, N.W., Suite 614
Washington, D.C. 20036
Telephone: (202) 775-0040
Facsimile: (202) 775-0005

Attorneys for Plaintiff Tawfik Boulos

## CERTIFICATE OF SERVICE

I certify that I served by Electronic Mail, the following counsel with one copy of the foregoing Notice of Withdrawal of Kristen L. Walsh as Counsel in Case this 11th day of August 2006:

Mike Coles, Esq.
Lisa T. Edwards, Esq.
The Coles Firm, P.C.
3838 Oak Lawn Ave, Suite 1825
Dallas, TX 75219
214-443-7832 (phone)
972-692-7145 (fax)
Attorneys for Defendants


Kristen L. Walsh