IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAWFIK BOULOS, | § |
| | § |
| Plaintiff, | § |
| | § |
| vs. | § CIVIL ACTION NO. 1:05-CV-1175-HHK |
| | § |
| OMNI HOTELS MANAGEMENT CORPORATION | § |
| | § |
| and | § |
| | § |
| OMNI HOTELS CORPORATION, | § |
| | § |
| Defendants. | § |

## MOTION FOR ADMISSION *PRO HAC VICE* OF DUSTIN A. PASCHAL

Pursuant to Rule 83.2(d) of the Rules of the United States District Court for the District of Columbia, Defendants Omni Hotels Management Corporation and Omni Hotels Corporation (collectively "Omni") respectfully move this Court to admit Dustin A. Paschal *pro hac vice* as counsel for this matter. In support of this motion, Omni states as follows:

1. Amy L. Bess is local counsel in this matter. Ms. Bess is a partner with the law firm of Sonnenschein Nath & Rosenthal LLP, 1301 K Street, N.W., Suite 600, East Tower, Washington, D.C. 20005. Her telephone number is 202-408-6400. Ms. Bess is an active member in good standing of the Bar of the District of Columbia and the United States District Court for the District of Columbia. Her D.C. Bar number is 418985.

2. Dustin A. Paschal is an associate with The Coles Firm, P.C., 3838 Oak Lawn Avenue, Suite 1825, Dallas, Texas 75219. Michael E. Coles, shareholder of The Coles Firm

25183701\V-1

- 2 -

P.C., is lead counsel in this case.  Mr. Paschal's telephone number is 214-443-7864.  His email address is dustinp@colesfirm.com.

3. Mr. Paschal is a member in good standing of the State Bar of Texas, and was admitted on November 4, 2005.

4. Mr. Paschal has not been disciplined by any bar.

5. Mr. Paschal has not been admitted *pro hac vice* in this Court within the last two years.

6. Mr. Paschal does not engage in the practice of law from an office located in the District of Columbia.  He is not a member of the District of Columbia bar, nor does he have an application for membership pending.

7. Counsel for Plaintiff does not object to Mr. Paschal's admission to the case *pro hac vice*.

Dated:  September 14, 2006

                                                 Respectfully submitted,

                                                 /s/  Amy L. Bess
Amy L. Bess, D.C. Bar No. 418985
Sonnenschein Nath & Rosenthal LLP
1301 K Street, NW
Suite 600, East Tower
Washington, DC 20005
*Counsel for Defendants Omni Hotels Management Corp. and Omni Hotels Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2006, I caused a copy of the foregoing Motion for Admission *Pro Hac Vice* of Dustin A. Paschal, Declaration of Dustin A. Paschal in Support of Motion for Admission *Pro Hac Vice*, and Proposed Order to be filed with the Court and served upon the following via the Court's Electronic Case Filing System:

> Leizer Z. Goldsmith
> Kristen L. Walsh
> The Goldsmith Law Firm, LLC
> 1900 L Street, NW Suite 614
> Washington, D.C. 20036
> lgoldsmith@goldsmithfirm.com

　　　　　　　　　　　　　　　　/s/  Amy L. Bess
　　　　　　　　　　　　　　　Amy L. Bess

25183701\V-1