IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA TAYLOR, <br><br> and <br><br> TAWFIK BOULOS <br><br> Plaintiffs, <br><br> vs. <br><br> OMNI HOTELS MANAGEMENT CORPORATION, <br><br> and <br><br> OMNI HOTELS CORPORATION <br><br> Defendants. | Case No. 1:05CV01175 <br> Judge Henry H. Kennedy |

## DECLARATION OF DUSTIN A. PASCHAL IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

1. I am an associate with the law firm of The Coles Firm, P.C., 3838 Oak Lawn Avenue, Suite 1825, Dallas, Texas 75219. My telephone number is (214) 443-7864. My e-mail address is dustinp@colesfirm.com.

2. I am a member in good standing of the State Bar of Texas, and was admitted on November 4, 2005. I am also admitted to the United States District Court for the Northern District of Texas and to the United States District Court for the Eastern District of Texas and to the United States District Court for the Southern District of Texas.

4. I have not been disciplined by any bar.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia bar, nor do I have an application for membership pending.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25th day of August, 2006, in Dallas, Texas.

_____
Dustin A. Paschal