IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAWFIK BOULOS, | § |
| | § |
| Plaintiff, | § |
| | § |
| vs. | § CIVIL ACTION NO. 1:05-CV-1175-HHK |
| | § |
| OMNI HOTELS MANAGEMENT CORPORATION | § |
| | § |
| and | § |
| | § |
| OMNI HOTELS CORPORATION, | § |
| | § |
| Defendants. | § |

## (PROPOSED) ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF DUSTIN A. PASCHAL

Upon due consideration of Defendants' Motion for Admission *Pro Hac Vice* of Dustin A. Paschal,

IT IS, this _____, day of _____, 2006 hereby ORDERED THAT Dustin A. Paschal be admitted *pro hac vice* as counsel for this matter.

_____
United States District Judge