UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

_____
                                    )
**TAWFIK BOULOS**                   )
                                    )
    **Plaintiff,**             )
                                    )
v.                                  )       Civil No. 1:05 CV1175 (HHK)
                                    )
**OMNI HOTELS MANAGEMENT CORP.**    )
                                    )
    **Defendant.**            )
_____)

## NOTICE OF COUNSEL'S CHANGE OF ADDRESS

This is to inform the Court and all parties that The Goldsmith Law Firm, LLC has moved. Its new address is 5335 Wisconsin Avenue, NW, Suite 440, Washington, DC, 20015.  Its new telephone number is (202) 895-1506.

    Respectfully submitted,

    THE GOLDSMITH LAW FIRM, LLC

    _____
    Leizer Z. Goldsmith (D.C. Bar No. 419544)
    5335 Wisconsin Avenue, NW, Suite 440
    Washington, DC 20015
    Tel: (202) 895-1506
    Fax: (202) 318-0798
    Attorney for Plaintiff Tawfik Boulos