## DECLARATION OF TAWFIK BOULOS

1. My name is Tawfik Boulos; I also referred to as "Paul." I reside at 320 Evans Ave, Suite # 202  Reno, Nevada  89501  Mail box # 60

_____

2. I am an American citizen of Egyptian origin.

3. My native language is Arabic.

4. I previously served as Executive Housekeeper at the Omni Shoreham Hotel.

5. I was out of work and covered by the workers compensation program during the month of July 2001.

6. Austin was hostile toward me during the meeting of September 10. Indeed, Austin never asked me how I felt.  Austin had never projected this hostile attitude toward me before.

7. In September 2001 when I was fired, I was offered no expectation of future employment upon healing.

8. I knew that I was not eligible for unemployment benefits because of my injury, and never asked Omni to fire me, as has been alleged.  Boulos Decl. ¶

9. I deny asking to be terminated in order to receive unemployment. I also deny "agreeing" to termination – I told Defendants that I wanted to keep my job.

10. As part of my limited duties in June 2001, I did not regularly visit the guest room floors or conduct room inspections.

11. When I was on light duty in approximately June 2001, I inspected rooms as much as my physical condition allowed, and delegated further inspection to others.

12. I asked Omni for a modification of his position and/or leave without pay.

13. I believe that Omni would have accommodated these requests had I not supported Sandra Taylor in her allegations of discrimination and harassment against the Omni Shoreham.

14. A Director of Housekeeping would be expected to conduct inspections for cleanliness and maintenance issues for approximately four (4) hours each day.

15. The Director of Housekeeping, the Assistant Director of Housekeeping and the Floor Supervisors all inspected rooms; there were no policies about how many rooms the director of housekeeping is supposed to inspect personally.

16. In speaking with Jean Allen, I never said I wanted Defendants to terminate my employment "so that I could receive unemployment benefits." This is a blatant lie.

17. In fact, I begged that Austin and Allen modify my duties and/or give me a few more days to see if I could return to work.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Tawfik ("Paul") Boulos

___09 -12-2006___
Dated

**SEE DEFENDANTS' FACTS 5-9 AND AVER AS TO CORRECT FACTS.**