jrc

JRC

1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - x
SANDRA TAYLOR, et al.,          :
                                :
       Plaintiffs,              :
                                :
   vs.                          :   Civil Action No.
                                :   1:05-CV-01175
OMNI HOTELS MANAGEMENT          :   Judge Henry Kennedy
CORPORATION, et al.,            :
                                :
       Defendants.              :
                                :
- - - - - - - - - - - - - - x

Washington, D.C.
Thursday, March 16, 2006

The deposition of CHARLES WALTER BRIGGS III, called for examination by counsel for the Plaintiffs in the above-entitled matter, pursuant to notice, at the offices of the Goldsmith Law Firm, LLC, 1900 L Street, N.W., Suite 614, Washington, D.C., convened at 9:47 a.m., before Jacqueline Richards-Craig, a notary public in and for the District of Columbia, when were present on behalf of the parties:

MILLER REPORTING COMPANY, INC.
735 EIGHTH STREET, S.E.
WASHINGTON, D.C.  20003
(202) 546-6666

jcr                                                                 34

1   gossip?  What did she tell you?
2       A   She just said that she heard Sandra Taylor
3   wasn't there anymore, and did I know why.  I said,
4   "No, Diane, I don't know why."  That pretty
5   much--she came to me and said did you hear and I
6   said no.  And she would be the first to know--not
7   the first to know, only from housekeepers who said
8   she was no longer there.
9       Q   Did any employee ever make any kind of
10  complaint about you?
11      A   As it relates to what, discrimination?
12      Q   Oh, any kind of complaint.
13      A   Yes.
14      Q   And what kind of complaints?
15      A   My--just that I'm a little too over the
16  top sometimes.  I'm a little forceful.
17      Q   This is one person or multiple complaints?
18      A   A couple.
19      Q   Can you tell me who these people are?
20      A   Let's see.  Jason, Jason--
21      Q   What position do they hold?
22      A   Catering Manager.

jcr                                                                    35

1    Q    And--

2    A    The second one would be Carmen Richardson.

3    Q    What position was this?

4    A    At the time she was the Executive

5 Housekeeper.

6    Q    What time period was this?

7    A    Just last year.  Jason--I'm trying to

8 remember his last name.

9    Q    Did the Catering Manager happen during the

10 time that Jean Allen was Human Resources Manager?

11   A    No.

12   Q    Was it before or after her?

13   A    After her.

14   Q    None of these were discrimination or

15 harassment complaints?

16   A    No, it was because I was a little to

17 forceful, in their face.  More job related--it's

18 all job related.

19   Q    So would it be correct to say that Jean

20 Allen never interviewed you about any kind of

21 employee complaint?

22   A    Not that I can recall, no.

jcr                                                                    38

1     Q    No, in your employment with the Omni
2  Shoreham.
3     A    Yes, there again as it relates to the job
4  of having to input.  We've gone out and gotten them
5  special chairs, the pads, the ergonomic keyboards,
6  we've gone ahead and done that for people.
7     Q    Have they had doctors' notes requiring
8  this?
9     A    In some cases, yes.
10    Q    And in some cases--
11    A    In one case, no.  The individual who
12 received it that one time, it was obviously a good
13 thing.  Their production picked up dramatically.
14 They were suffering.
15    Q    You don't remember what you bought them?
16    A    It was an ergonomic keypad and I remember
17 the little bubble thing for your wrist, kind of
18 supports your wrists.  And we also bought a chair,
19 one of those chairs for the young lady who did have
20 the carpal tunnel, to help her combat the
21 complaints that she had about the pains that she
22 was suffering.

jcr                                                                    39

1  Q   How many times do you think you've had to
2  do that?
3  A   I can name three people since I've been at
4  the Omni Shoreham that we have--that I have--my
5  department has gone out and secured either the
6  keyboard, chair, the pad or that type of thing to
7  help them with their issues.
8  Q   And how many of these people had doctors'
9  orders?
10 A   Two.  Two of the three.
11 Q   Did you know that Mr. Boulos suffered an
12 injury on the job?
13 A   Yes, I do.
14 Q   How do you know?
15 A   I received quarterly, a Worker's Comp
16 update report from our corporate office and his
17 name appeared on that report.
18 Q   Do you know what his injury was?
19 A   Back, I believe.  It's been a while, I'm
20 not sure.  Was it a back injury?  I don't recall,
21 but I think it was a back injury.  It's been so
22 many years.