jrc

JRC

1

IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - x
                       :

SANDRA TAYLOR, et al.,     :
                       :
       Plaintiffs,   :
                       :
   vs.              :  Civil Action No.
                       :  1:05-CV-01175
OMNI HOTELS MANAGEMENT    :  Judge Henry Kennedy
CORPORATION, et al.,     :
                       :
      Defendants.   :
                       :
- - - - - - - - - - - - - - x

Washington, D.C.
Thursday, March 16, 2006

The deposition of RAHWA GHEBREGIORGIS,

called for examination by counsel for the

Plaintiffs in the above-entitled matter, pursuant

to notice, at the offices of the Goldsmith Law

Firm, LLC, 1900 L Street, N.W., Suite 614,

Washington, D.C., convened at 2:40 p.m., before

Jacqueline Richards-Craig, a notary public in and

for the District of Columbia, when were present on

behalf of the parties:

jrc                                                                              8

1   States?

2        A    10 years.

3        Q    Are you a citizen?

4        A    Yes.

5        Q    Where do you work now?

6        A    The Omni Shoreham Hotel.

7        Q    How long have you worked at the Omni

8   Shoreham?

9        A    Nine years.  Since '97, so is that 9

10  years?

11       Q    What is your current position?

12       A    Housekeeping Manager.

13       Q    Did you start as the Housekeeping Manager?

14       A    No, I started as a supervisor and got

15  promoted to Housekeeping Manager.

16       Q    I'm sorry, could you repeat that?

17       A    I started as Floor Supervisor and promoted

18  to Manager.

19       Q    Were you Floor Supervisor in the

20  Housekeeping Department?

21       A    Yes, it's the same department.

22       Q    Do you have any plans to leave the Omni

jrc                                                                16

1    right condition.

2         Q    How much time a day would a Director of

3    Rooms spend doing that?

4         A    I would say about four hours of their time

5    should be on the floor between the rooms and the

6    hallways and the lobby.

7         Q    About four hours a day?

8         A    On average.

9         Q    Based on your experience, what's the

10   average length of day a Director of Housekeeping

11   works?

12        A    Again, it's different from person to

13   person.  Some may work only 10 hours, some may work

14   only 8 hours, and I have seen people working more

15   than 10 hours.  It depends on what the occupancy

16   is, if everything is finished they have no reason

17   to stay.  It's just all different from person to

18   person.

19        Q    Now, the Assistant Director of

20   Housekeeping, are you familiar with the duties that

21   person would perform?

22        A    Yes, I--to the best of my knowledge I do.