1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - x
                                 :
SANDRA TAYLOR, et al.,           :
                                 :
        Plaintiffs,              :
                                 :
   vs.                           :  Civil Action
                                 :
OMNI HOTELS MANAGEMENT CORP.,    :  No. 1:05-CV-01175
et al.,                          :
                                 :  Judge Kennedy
        Defendants.              :
                                 :
- - - - - - - - - - - - - - - - x

                              Washington, D.C.
                              Friday, March 17, 2006

        The deposition of NASEEM SIDDIQUI, called

for examination by counsel for Plaintiffs in the

above-entitled matter, pursuant to Notice, in the

offices of The Goldsmith Law Firm, 1900 L Street,

N.W., Washington, D.C., convened at 10:17 a.m.,

before Cathy Jardim, a notary public in and for the

District of Columbia, when were present on behalf

of the parties:

25

1    Q.  How many hours a day does a director of
2  housekeeping typically work?
3    A.  A good director of housekeeping can't
4  imagine work less than 12 hours.
5    Q.  How many hours a day do you work?
6    A.  Thirteen, 14.  It depends on the day.  I
7  don't feel how much I work because once you are
8  involved you have responsibilities.  We don't
9  count.
10   Q.  Do you have any idea how many hours a day
11 Paul Boulos worked?
12   A.  No.
13   Q.  And why don't you know?
14   A.  Only had chance to see him one day in the
15 office.
16   Q.  Did you ever use Mr. Boulos' computer?
17   A.  No.
18   Q.  Did you ever know of anyone else using
19 Mr. Boulos' computer?
20   A.  While he was here?
21   Q.  While he was at the Omni Shoreham?
22   A.  No.

MILLER REPORTING CO., INC.
735 8th STREET, S.E.
WASHINGTON, D.C.  20003-2802
(202) 546-6666