# ROBERT O. GORDON, M.D.
PRACTICE LIMITED TO ORTHOPAEDIC SURGERY

WASHINGTON HOSPITAL CENTER
PHYSICIANS OFFICE BLDG. SOUTH TOWER
106 IRVING ST., N.W. #211
WASHINGTON, D.C. 20010

GEORGETOWN MEDICAL CENTER
DEPT. OF ORTHOPEDIC SURGERY
PASQUERILLA HEALTH CENTER-GROUND FLOOR
3800 RESERVOIR ROAD, N.W.
WASHINGTON, D.C. 20007-2197

MAILING ADDRESS
P.O. BOX 4070
LARGO, MD 20775
(301) 229-8001
FAX (301) 249-7874

GEORGETOWN MEDICAL OFFICES
1396 PICCARD DRIVE
ROCKVILLE, MD 20850

GEORGETOWN MEDICAL OFFICES
3833 NORTH FAIRFAX DRIVE
ARLINGTON, VA 22203

August 2001

**PATIENT NAME:** Tawfik Boulos    **DOB:** 10/04/52

**PRESENT ILLNESS:** This 48-year-old man says that he was injured while at work approximately six weeks ago. He does not know the specific date of injury. He said he was working as a director of housekeeping at a hotel. He said he was pushing a very heavy linen cart and he felt a pain in his lower back. He was worse the next day and then about two or three days later he noticed if he puts his weight all the way down on his right foot it causes pain sometimes all the way up the back of his leg to his back. He also says he feels some sensory change in the medial aspect of his right foot. He denies any previous history of back problems. He denies any subsequent injuries. He is very histrionic in describing his complaints and he has a lot of pain behavior. He says he has been seeing a Dr. Yu at G.W. He had x-rays and a MRI scan. I do not have any of his medical records or his radiographic studies. I have a report of an MRI that was done on 06/29/01 read by a Dr. Cintron which I will comment on below.

**PHYSICAL EXAMINATION:** On examination, the patient complains of soreness in his low back to extremely light-touch which is a nonphysiologic finding. He will not move his back more than 5 degrees in any direction which I believe is also a nonphysiologic finding. His straight-leg raising test causes some low back pain at 90 degrees but no leg pain. He also complains of pain in his low back with combined hip and knee flexion which is an inconsistent finding for a physiological back impairment. Neurological examination of the lower extremities, including motor, sensory and reflex function are within normal limits except for some subjective sensory change in the medial aspect of his right foot. He says that internal and external rotation of his right hip causes severe low back pain for which I do not believe there can be any physiologic explanation.

**IMPRESSION:** Subjective lower back pain.

**RECOMMENDATION:** This patient complains of low back complaints the etiology of which is not at all clear to me. There is obviously an enormous functional component to his complaint. The only question is whether or not there is any underlying anatomical abnormality as well. I have not seen the x-rays or the MRI scan or any of his medical records, but the MRI scan report indicates it is not an ideal scan technically because of motion artifact causing image degradation. I told the case worker that was with him today that I think it is very important before making any final recommendations that I have an opportunity to see the patient's MRI scan and x-rays when they become available to determine whether or not this was an adequate study. The radiologist noted that there was degenerative disk disease at L4-5 and even more so at L5-S1. At the latter there was marked desiccation and loss of disk space height. There is some mild bulging at L4-5 clearly on a degenerative basis and he said that there was also some protruding disk at L5-S1 with slight eccentricity to the left side. It also sounds degenerative

002194

# ROBERT O. GORDON, M.D.
PRACTICE LIMITED TO ORTHOPAEDIC SURGERY

WASHINGTON HOSPITAL CENTER
PHYSICIANS OFFICE BLDG. SOUTH TOWER
106 IRVING ST., N.W. #211
WASHINGTON, D.C. 20010

GEORGETOWN MEDICAL CENTER
DEPT. OF ORTHOPEDIC SURGERY
PASQUERILLA HEALTH CENTER-GROUND FLOOR
3800 RESERVOIR ROAD, N.W.
WASHINGTON, D.C. 20007-2197

MAILING ADDRESS
P.O. BOX 4070
LARGO, MD 20775
(301) 229-8001
FAX (301) 249-7874

GEORGETOWN MEDICAL OFFICES
1396 PICCARD DRIVE
ROCKVILLE, MD 20850

GEORGETOWN MEDICAL OFFICES
3833 NORTH FAIRFAX DRIVE
ARLINGTON, VA 22203

Re: Tawfik Boulos        (continued)        08/06/01

in nature and it seems to be asymmetric to the side opposite of his symptoms. I, therefore, suspect that his complaints are largely if not completely on a functional rather than a physiologic basis. However, I would like an opportunity to see the actual study, particularly since it was reported by the radiologist of not being a good study because the patient was moving during part of the exam. The only thing I can say for certain at this time is that there is an enormous functional component to this patient's complaint and that he clearly has some preexisting degenerative change in his lower back. Whether or not any of his present symptoms have any anatomical basis at all are not clear to me at this time. Once I have seen his studies, I would be happy to review them and add an addendum to this report with any modification that might be indicated.

MDI:ROG:pac

*Dictated but Not reviewed*

002195

# ROBERT O. GORDON, M.D.
PRACTICE LIMITED TO ORTHOPAEDIC SURGERY

WASHINGTON HOSPITAL CENTER
PHYSICIANS OFFICE BLDG. SOUTH TOWER
106 IRVING ST., N.W. #611
WASHINGTON, D.C. 20010

GEORGETOWN MEDICAL CENTER
DEPT. OF ORTHOPEDIC SURGERY
PASQUERILLA HEALTH CENTER-GROUND FLOOR
3800 RESERVOIR ROAD, N.W.
WASHINGTON, D.C. 20007-2197

MAILING ADDRESS
P.O. BOX 4070
LARGO, MD 20775
(301) 229-5001
FAX (301) 249-7574

GEORGETOWN MEDICAL OFFICES
1364 PICCARD DRIVE
ROCKVILLE, MD 20850

GEORGETOWN MEDICAL OFFICES
1635 NORTH FAIRFAX DRIVE
ARLINGTON, VA 22203

BOULOS, TAWFIK                                                                                       08/22/01

ADDENDUM: I examined this patient in my office on 08/06/01 and that report is a matter of record. I have now had an opportunity to see the actual MRI scan of the lumbar spine that was done on 06/29/01. As indicated by the radiologist, this is not an ideal study, particularly the axial images, but the sagittal images are pretty good and the axial images are at least readable. There is some degenerative disk disease, particularly at L5-S1, with some degenerative bulge slightly asymmetric to the left, which is the opposite to the side of his symptoms. This is not a posttraumatic disk herniation or anything else related to the incident that occurred at work on 08/06/01 and I do not believe that there is any limitation on this patient's physical capacity as a result of the work related injury that occurred at work approximately seven or eight weeks ago. These opinions are based on my examination of the patient, my view of the MRI scan report and the MRI scan that has been made available to me. If any additional medical records or tests do become available, I would of course be happy to review them an add an addendum to this report with any modifications that might be indicated.

ROG:mdl:gah

002196