07/21/2006 15:44 FAX 9726927    THE COLES FIRM    ☑017

OMNI SHOREHAM HOTEL

MEMORANDUM

To: File

From: Jean Allen

Re: Paul Boulos

Date: 8/27/01

    Peter Austin and I spoke with Paul on the phone this morning. Paul had received a call from Zurich advising him that the independent physician had evaluated his medical documentation and determined that he was able to return to work, (the report is attached to this document). He was upset stating that his doctor, Dr. Yu, feels that he needs the epidurale injections. He said that he is scheduled to see Dr. Yu again on 8/25/01. Paul told us "I don't know what is going on". He said that Dr. Yu is trying to help him relieve the pain and that he could not stand on his right foot. He said that he was taking medication but it made him sleepy.

    I explained to him that it is Zurich's determination based on the findings of the independent physician that he be released to return to work. He asked "how can I come back to work"? He stated that he did not want his condition to deteriorate any further in the future. He expressed concern about returning to work when he did not feel he was physically able to assume his responsibilities. He told us that Dr. Yu was very upset as well. He explained that his nerve was being pinched and that Dr. Yu felt the only relief would be the epidurale injections. He said, "one doctor says 'yes' the other says 'no'". He told us that the independent physician only spent three minutes with him.

    Paul repeated that he was worried about coming to work and the implication of doing "something wrong" and hurting himself. He asked

001822

07/21/2006 15:44 FAX 9726927          THE COLES FIRM                              ☑018

for advice regarding how he should proceed. I informed him that it was his decision to make. He said that he wanted to return to work but that the "pain was incredible". He repeated that Dr. Yu was "very upset" and that he wanted Paul to have the epidurale injections. He told us that he is taking two medications and that one makes him very drowsy, but without it "the pain is incredible". He said that he did not know how he would get to work because he can not drive and it is difficult for him to walk. He restated that he wanted to be at work, but was concerned about the "serious implications" that "he would risk". He then mentioned that he might seek advice from an attorney.

Peter asked Paul when he might be able to return to work. He said he did not know. He told us that he needed to speak with Dr. Yu and that there may be a possibility that one shot may relieve the pain. His perception is that the MRI showed that there is a herniated disc that is pressing on the nerve in his foot. He said that he maybe able to return in two weeks. I inquired about his evaluation on the 25th of September. He stated that he might feel better after the first injection and have his evaluation with Dr. Yu sooner that the 25th. He told us that the injections were his only option to surgery. He questioned the decision made by Zurich and his options.  I responded that they must have an appeal process that he could follow and informed him that at this point there were financial implications for him. I explained that he would not be paid any additional monies for lost time and Zurich would cover no other medical expenses for this injury. He responded that "he was not worried about the financial impact". He told us that he should be able to return to work "after the first or second injection". I asked if he felt that he would be able to function at full capacity upon his return. He answered in the affirmative. He said "if they had approved the injections a month and a half ago, I would have been back to work".

Paul stated that "the place of work has a say", implying that we had input into the decision that was made by Zurich. I clarified our relationship with Zurich. I explained to Paul that Zurich is independent of the hotel and we have nothing to do with decisions made by Zurich. I told him that I was informed of their decision Friday, and that they had attempted to contact him on Friday but was unable to do so.

001823

He asked again for our advice. We informed him that it was his decision. He responded that he was going to speak with Zurich again and perhaps consult an attorney. Peter asked him when we could expect a more definitive answer regarding his date of return. He said that he would call us Monday, 9/3. I told him that was Labor Day and asked that he call us Friday.


Contact number 301-982-2346



I spoke with Karen Treciak (Paul's case manager at Zurich) later in the day and she told me that she had explained the appeals process to Paul when she had spoken with him in the morning. She stated that she informed Paul that he could file an appeal with the Commission and ask for a hearing. She also told him that failure to return to work would be considered job abandonment.


Contact number 800-239-6851



I spoke with Karen again on 8/30. She had talked with Paul earlier in the afternoon. He said that Dr. Yu was upset and wanted the number of the independent physician. She did not release his name. He told Karen that Dr. Yu refused to release him to work. He informed Karen that he was calling me and that "he might resign". She explained the process to appeal and request a hearing. He told Karen that Dr. Yu suggested that he "get a lawyer".

Peter and I spoke with Paul on 8/31. He said that he was calling because "he was supposed to talk to us about returning to work". He informed us that he was going to have one injection before returning to

07/21/2006 15:45 FAX 9726927.    THE COLES FIRM                              ⧄020

work. He stated that he would pay for it out of pocket if it was not covered. He said he would be back on Saturday, 9/8/01. I suggested that he call our carrier to determine if the injection would be covered under our medical insurance. I asked him "what if you do not feel better, will that impact your date of return"? He referenced our earlier conversation with him and my comment about entering our busy session and the need to have an Executive Housekeeper in place. He said that Dr. Yu told him that "there was a big chance that the nerve would be relieved by a single injection". Paul said that he had revisited him a couple of days ago and that Dr. Yu suggested that he contact our insurance carrier about covering the cost of the injection. I asked him if Dr. Yu felt that he would be operating at full capacity upon his return. He said that he has a herniated disc due to his joints moving and they are on a nerve. This pressure on the nerve impacts his right foot and when he steps on his right foot he has a sharp pain in his back. He added, "he did not know a lot about this".

He asked if he should report to someone on Saturday, 9/8/01. Peter responded, "you will be reporting to me". Paul thanked him and told him that he would see him on Saturday, 9/8/01.


I called Paul to remind him that we needed a release from Dr. Yu when he returned to work on Saturday, 9/9/01. He said that Dr. Yu would not release him to go back to work. He told me that he had asked Dr. Yu if he would amend his release. He said that Dr. Yu told him "you can not go back to work, I can not release you, it is too dangerous for you now". I asked Him if Dr. Yu would release him after the injection. Paul said "that is what he is saying, the injection should release the pressure and eliminate the pain".

He asked "what if I do not succeed in having the carrier approve the shot and I can not financially afford to pay for it, how do I get a release?" I told him that we needed the release from Dr. Yu and that he should contact me if he was unable to obtain a release or have the injection. I asked him if he would like Stacy to contact the carrier to glean some information for him. He replied in the affirmative. I told him that I would have Stacy contact him on Tuesday morning.

001825