OMNI SHOREHAM HOTEL

MEMORANDUM

To: File

From: Jean Allen

Re: Paul Boulos

Date: 9/5/01

  Peter and I called Paul this morning in response to a message he had left for me. He informed us that he had told Stacy that he had contacted our insurance carrier and that he was told they would not cover the cost of his injections because they were work related. He said that he called the pain clinic to inquire about the cost of the injections. He told us "the cost was astronomical" and that he could not afford to pay for the injections. He said that he had not been paid for the last couple of weeks and that it was an expense he could not cover. He said that he would return to work on Saturday, September 8 as we had planned.
  I asked Paul if Dr. Yu was releasing him to return to work. He responded, "no, he will not release me, I have to go back to work on my own speed". He added that "the other doctor, I can't remember his name, with worker's comp, released me". He asked Peter what time should he meet him on Saturday. Peter responded that they would meet at nine. Paul's last comment was "I will be there".

000009