OMNI SHOREHAM HOTEL

MEMORANDUM

To: File

From: Jean Allen

Re: Paul Boulos

Date: 9/10/01

    On 9/10/01, Peter, Stacy and I met with Paul Boulos. He said that he is unable to fulfill his responsibilities of the Executive Housekeeper. He told us that he is in a great deal of pain and that he can not take codeine at work and that seems to be the only thing that helps with his pain. He stated that he had taken two tablets on Friday night and that he did not feel "too bad on Saturday". He said that after he worked three hours on Saturday, he felt the pain, "pinching and throbbing." He went to see Mr. Austin to inform him that he was "totally in pain". He stated that he "wanted to do the job, but did not know how he could because he was in so much pain". He said that he had spoken with Dr. Yu's secretary, Kathy, about obtaining a release to return to work and Dr. Yu (via Kathy) refused to release him to work. He said that he did not understand why the worker's compensation physician saw him one time, no MRI, and made the determination that he return to work. I explained to him that the determination was made after the doctor had examined his MRI results. He referred to the worker's compensation physician doctor as being "suspicious" because he put his finger on his spine and Paul said "he screamed in pain" and the doctor still released him to return to work.

    He then referenced his conversation with Karen (at Zurich) when she told him that they were releasing him to return to work. He said that she called him at home and her advice was "to sleep on a hard floor". He said, "he could not believe his ears".
I told him that I was aware of the conversation and that he was taking what she said out of context. She had mentioned to me that she had had a similar medical problem and that sleeping on a hard floor helped improve her condition and she thought that maybe it would help Paul's as well.

    Paul then said that Omni is insured, he was in an accident at work and that we should "protect our employees". He implied that we were allowing Zurich to make a decision against him and we could have influenced the decision to be in his favor. I explained to Paul that we have nothing to do with the decision made by Zurich and that they are independent of the hotel. He responded that he knows he is in pain and he is upset about the diagnosis from the worker's compensation physician. He told us that he could not understand why he and Dr. Yu had a difference of opinion. He said that he

002186

had spoken with Karen at Zurich to determine if he could seek a third opinion. He stated "all I want is my health". He told us "I will be in the street, I can't pay my rent, my family is in jeopardy of being evicted". He said to us "I am in pain, I will prosecute him (the worker's compensation physician) to the full extent of the law, he is wrong". He said that his attorney advised him that "it would be a short period of time to push it through a hearing".

    Peter explained to him that he could not fulfill the requirements of his position. He responded that he tried and he can't do it. Peter told him that the hotel is very busy and that we need an individual that can fulfill the requirements of the position. He informed Paul that we had extended his release from Zurich for two week with the understanding and commitment that he would be able to fulfill the obligations of the position. Paul responded that "he would love to come and work but feel limited by his physical condition. He said that "he has a family and needs a check, and in his 25 years in the hospitality industry, he has never relied on unemployment money". Paul said that he understood the hotel's position and that housekeeping is the biggest department in the hotel with many challenges. He told us that he felt that his choices were limited and that he was not going to gamble with his health. He expressed again that he felt the worker's compensation physician was wrong in denying him treatment. He said that "he needs to support his family and that shortly he would be out of a job, and that it is tough physically and mentally, and that he wanted to pursue the appeal process with Zurich". He added that he "would not wish this on his worst enemy". He reiterated that he would pursue the appeal process with Zurich and he understood that the hotel needed to proceed with filling his position. I informed him that he would need to resign or the hotel would do what was necessary to move forward. He responded that he respected what had to be done and that Omni "was a place for him for a while". He said that he liked the department and the staff and "he was said that he was upset because we were not giving him the support he expected".

    He mentioned that he was in unbearable pain and that his "pain needed to be recognized and treated". He referenced his meeting with the worker's compensation physician and that he only spent five minutes with him versus the several visits he had with Dr. Yu. He said he realized that it was the hotel's right to inquire and he knows that we have to exercise our options. We discussed if he wanted to resign or have his employment terminated with the hotel due to his inability to fulfill the requirements of the position. He told us that he wanted us to terminate his employment so that he could receive unemployment benefits. We agreed to termination of employment.

    He then met separately with Stacy to discuss separation information and COBRA benefits. While they were meeting, I informed him that the hotel would not ask for him to repay the outstanding monies owed for his relocation (which totaled more that $3000).