IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA TAYLOR, and TAWFIK BOULOS, <br><br>　　　　　Plaintiffs, <br><br> v. <br><br> OMNI HOTELS MANAGEMENT CORPORATION, and OMNI HOTELS CORPORATION, <br><br>　　　　　Defendants. | CIVIL ACTION NO. <br> 1:05-CV-1175 (HHK) |

## DEFENDANT'S SECOND STIPULATIONS

Defendant Omni Hotels Management Corporation ("Defendant") hereby stipulates to the following:

1. Defendant Omni Hotels Management Corporation previously provided document Bates labeled 2235. According to Defendant's records, this undated document was last modified on August 17, 2001 at 3:56pm.

2. While Defendant maintains electronic versions of much of its correspondence in this case, Defendant is unable to identify the electronic version of each corresponding document previously produced.

3. In order to identify each electronic version of each document, Defendant would be required to review each and every document on its system. This would involve a review of documents created by several "users," both during and after Plaintiff Boulos' employment.

4. Defendant does not have any additional information related to any electronic versions of any documents produced in this litigation.

Dated: May 12, 2006.

Respectfully submitted,

**THE COLES FIRM P.C.**

By: _____
Michael E. Coles
Texas Bar No. 24007025
*Admitted Pro Hac Vice*
3838 Oak Lawn Ave, Suite 1825
Dallas, TX 75219
214-443-7862 (phone)
972-692-7145 (fax)

**ATTORNEY FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that on May 12, 2006, a true and correct copy of the foregoing instrument was served by facsimile on Leizer Z. Goldsmith, Attorney for Plaintiff, 1900 L. Street, NW Suite 614, Washington, D.C. 20036.

_____
Michael E. Coles