UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| TAWFIK BOULOS )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>OMNI HOTELS MANAGEMENT CORP. )<br>)<br>   Defendant. )<br>_____) | Civil No. 1:05 CV1175 (HHK) |

### ORDER

Upon review of Defendant's Motion for Summary Judgment, and Plaintiff's Opposition, Defendant's Motion is hereby DENIED.

_____
United States District Judge