IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TAWFIK BOULOS**            : | |
| : | |
| Plaintiff,            : | |
| : | |
| vs.            : | |
| : | |
| **OMNI HOTELS MANAGEMENT**            : | Case No. 1:05-CV-1175-HHK |
| **CORPORATION,**            : | |
| : | |
| and            : | |
| : | |
| **OMNI HOTELS CORPORATION**            : | |
| : | |
| Defendants.            : | |

## ORDER OF DISMISSAL

After considering Defendant Omni Hotels Corporation's ("Omni") Motion for Summary Judgment as well as Plaintiff Tawfik Boulos' ("Boulos") consent to dismissal of Omni Hotels Corporation as a Defendant in this case, **IT IS HEREBY ORDERED** that Omni Hotels Corporation be dismissed with prejudice as a Defendant in the above-captioned case.

The Clerk is **ORDERED** to re-caption the instant litigation as "Tawfik Boulos v. Omni Hotels Management Corporation."

**SIGNED ON THIS** _____ **DAY OF** _____, 2006.

_____
PRESIDING JUDGE

25186860\V-1