IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                   )
**TAWFIK BOULOS,**                 )
                                   )
                                   )
    **PLAINTIFF,**             )
                                   )
v.                                 )   Civil Action No.
                                   )   1:05-CV-1175-HHK
**OMNI HOTELS MANAGEMENT CORP.,**  )
                                   )
                                   )
    **DEFENDANT.**            )
                                   )
_____)

### PLAINTIFF'S OPPOSED MOTION FOR LEAVE TO FILE A SUR-REPLY OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Comes Now the Plaintiff, Tawfik Boulos, and submits this Motion seeking leave to have his *Sur-Reply to Defendant's Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment* docketed and considered by the Court.  This Motion is necessary to provide Boulos a first and only opportunity to respond to new alleged facts and arguments raised by Defendant for the first time ever in its Reply memorandum. For instance, Defendant raised major new theories for the first time ever on reply, namely, that Boulos could not survive summary judgment because he allegedly was not "qualified" for the position he had already held for over a year, and that Boulos' claim must be dismissed because he has not identified "comparators" in his retaliation case.

Boulos requested Defendant's consent to this Motion, but even though Defendant's new arguments in fact could reasonably be stricken by this Court as not having been asserted prior to Defendant's Reply, Defendant declined to provide its consent even to allowing Boulos a fair chance to answer the new contentions.

No prejudice will inure to Defendant if this Motion is granted; indeed the Court's consideration of the sur-reply can only be of assistance to the Court in reaching a just resolution of Defendant's summary judgment motion.

WHEREFORE, Plaintiff Tawfik Boulos respectfully requests that his Sur-Reply, submitted simultaneously with this Motion, be docketed, accepted and considered by the Court in ruling on Defendant's Motion for Summary Judgment.

Respectfully Submitted,

THE GOLDSMITH LAW FIRM, LLC

/s/

_____

Leizer Z. Goldsmith
D.C. Bar No. 419544
5335 Wisconsin Avenue NW
Suite 4400
Washington, D.C. 20015
Tel: 202-895-1506
Fax: 202-318-0798