IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAWFIK BOULOS, )<br>)<br>PLAINTIFF, )<br>)<br>v. )<br>)<br>OMNI HOTELS MANAGEMENT CORP., )<br>)<br>DEFENDANT. )<br>) | Civil Action No.<br>1:05-CV-1175-HHK |

## ORDER

Comes now the Plaintiff, Tawfik Boulos, and submits this opposed Motion, seeking leave to have his *Sur-Reply to Defendant's Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment* docketed and considered by the Court.

It is hereby adjudged and ORDERED that the Motion is GRANTED, the Sur-Reply shall be filed, docketed and considered by the Court in making its determination on Defendant's Motion for Summary Judgment.

_____
United States District Court Judge