IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                       )
**TAWFIK BOULOS,**                     )
                                       )
    **PLAINTIFF,**              )
                                       )
v.                                     )   Civil Action No.
                                       )   1:05-CV-1175-HHK
**OMNI HOTELS MANAGEMENT CORP.,**      )
                                       )
                                       )
    **DEFENDANT.**              )
                                       )
_____ )

## CONSENT MOTION TO RESCHEDULE STATUS CONFERENCE

Comes Now the Plaintiff, Tawfik Boulos, and submits this Motion seeking to reschedule the status conference presently scheduled for April 27, 2007 to May 4, 2007. Plaintiff's counsel needs to be in West Lafayette, Indiana on the originally-scheduled date, for a memorial service honoring his late father-in-law, who passed away in September 2006. The service was scheduled well before Plaintiff's counsel learned of the status conference date scheduled in this case. Unfortunately, because family members are coming in from around the country, the schedule for the memorial service cannot be changed. Defendant's counsel has consented to the requested relief—namely, rescheduling the status conference to May 4.

Respectfully Submitted,

THE GOLDSMITH LAW FIRM, LLC

/s/

_____
Leizer Z. Goldsmith  DC Bar No. 419544
5335 Wisconsin Avenue NW, Suite 440
Washington, D.C. 20015
Tel:  202-895-1506
Fax: 202-318-0798