IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
|                                           )
**TAWFIK BOULOS,**                         )
|                                           )
|                                           )
    **PLAINTIFF,**                        )
|                                           )
**v.**                                     )    Civil Action No.
|                                           )    1:05-CV-1175-HHK
**OMNI HOTELS MANAGEMENT CORP.,**          )
|                                           )
    **DEFENDANT.**                       )
|                                           )
_____)

## ORDER ON CONSENT MOTION

    Comes Now the Plaintiff, Tawfik Boulos, and submits this Consent Motion seeking rescheduling the status conference presently scheduled for April 27, 2007.

    The Motion is hereby, GRANTED.

    The Status conference presently scheduled for April 27, 2007 shall occur on May 4, 2007 at _____.


                                                                            _____
                                                                            United States District Court Judge