UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAWFIK BOULOS,<br><br>             Plaintiff,<br><br>             v.<br><br>OMNI HOTELS MANAGEMENT CORP.,<br><br>             Defendant. | Civil Action 05-01175 (HHK) |

ORDER REFERRING CASE TO
UNITED STATES MAGISTRATE JUDGE FOR MEDIATION

With the consent of the parties, it is this 7th day of May, 2007, hereby

**ORDERED** that the above captioned case be referred to Magistrate Judge John M. Facciola for mediation to commence no earlier than May 21, 2007, and to conclude no later than July 23, 2007; and it is further

**ORDERED** that the parties are to jointly contact Magistrate Judge Facciola in order to schedule the proceedings; and that counsel and the parties, including persons with settlement authority, are to attend the mediation sessions. If the case settles in whole or in part, counsel shall promptly advise the court of the settlement by filing a stipulation. Henceforth, and until this referral is terminated, ALL filings in this case shall include the initials of Magistrate Judge Facciola, "JMF," in the caption next to the initials of the undersigned judge. *See* LCvR 5.1(f).

                                                                       Henry H. Kennedy, Jr.
                                                                       United States District Judge