UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAWFIK BOULOS, ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 05-1175 (HHK) |
| ) | |
| v. ) | |
| ) | |
| OMNI HOTELS MANAGEMENT CORP. ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR SUBSTITUTION OF COUNSEL**

Defendant, Omni Hotels Management Corporation, through the undersigned counsel and pursuant to Local Rule 83.6(c), hereby moves this Court for an order substituting Michael A. Viccora, James L. Banks, and Eric J. Janson, of the law firm of Seyfarth Shaw, LLP, as its attorneys in the above-referenced case and withdrawing the appearance of Amy L. Bess, of the law firm of Sonnenschein Nath & Rosenthal, and Dustin A. Paschal, Lisa T. Leven-Edwards, and Michael E. Coles, of The Coles Firm, PC.  Defendant submits that a trial date has been set for December 3, 2007 and this substitution of counsel will cause no delay or unfair prejudice.

Respectfully submitted,

_____/s/_____
Michael Viccora  #434619
James L. Banks #503261
Eric J. Janson (*admission pending*)
SEYFARTH SHAW LLP
815 Connecticut Avenue, NW, Suite 500
Washington, DC 20006
(202) 463-2400 (telephone)
(202) 828-5393 (fax)

Dated: July 2, 2007                    Attorneys for Defendant Omni Management Corp.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAWFIK BOULOS, ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 05-1175 (HHK) |
| ) | |
| v. ) | |
| ) | |
| OMNI HOTELS MANAGEMENT CORP. ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Upon consideration of Defendant's Motion For Substitution of Counsel, it is this___ day of July 2007 hereby **ORDERED** that Defendant's Motion is **GRANTED** and;

**ORDERED** that Michael A. Viccora, James L. Banks, and Eric J. Janson, of the law firm of Seyfarth Shaw, LLP, be entered as counsel of record for Defendant;

and it is further **ORDERED** that Amy L. Bess, of the law firm of Sonnenschein Nath & Rosenthal, and Dustin A. Paschal, Lisa T. Leven-Edwards, and Michael E. Coles, of The Coles Firm, PC., are hereby withdrawn as counsel of record for Defendant.

**SO ORDERED.**

_____
United States District Court Judge

2