IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAWFIK BOULOS, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 1:05-CV-1175-HHK |
| ) | |
| OMNI HOTELS MANAGEMENT ) | |
| CORPORATION, ) | |
| ) | |
| Defendant. ) | |

**STIPULATION OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, all the parties who have appeared in the action hereby stipulate that the above-captioned case shall be dismissed in its entirety with prejudice.

Respectfully submitted,

OMNI HOTELS MANAGEMENT
CORPORATION

By: _____
Michael A. Viccora, #434619
Eric J. Janson, #974395
SEYFARTH SHAW LLP
815 Connecticut Avenue, N.W.,
Suite 500
Washington, DC 20006-4004
(202) 463-2400
Attorneys for Defendant

TAWFIK BOULOS

By: _____
Leizer Goldsmith #419544
The Goldsmith Law Firm LLC
5335 Wisconsin Ave., N.W.
Suite 440
Washington, DC 20015
(202) 895-1506
Attorney for Plaintiff

Dated: October 22, 2007

DC1 30210379.1